# EXHIBIT A

| DEBTORS | ADDRESS | CASE NO. | EIN# |
|---|---|---|---|
| Orleans Homebuilders, Inc. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10684 (PJW) | 59-0874323 |
| Brookshire Estates, L.P. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10685 (PJW) | 20-2958725 |
| Community Management Services Group, Inc. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10686 (PJW) | 23-2486620 |
| Greenwood Financial Inc. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10690 (PJW) | 16-1617510 |
| Masterpiece Homes, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10687 (PJW) | 59-3271971 |
| OHB Homes, Inc. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10688 (PJW) | 11-3670973 |
| OHI Financing, Inc. | 1064 Greenwood Blvd., #106 Lake Mary, FL 32746 | 10-10689 (PJW) | 20-3446591 |
| OHI PA GP, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10691 (PJW) | 20-0222675 |
| OPCNC, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10692 (PJW) | 20-2188853 |
| Orleans Arizona Realty, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10693 (PJW) | 20-4499174 |
| Orleans Arizona, Inc. | 1105 North Market Street, Suite 609 Wilmington, DE 19801 | 10-10694 (PJW) | 20-3852640 |
| Orleans at Bordentown, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10695 (PJW) | 74-3084968 |
| Orleans at Cooks Bridge, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10696 (PJW) | 73-1674185 |
| Orleans at Covington Manor, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10697 (PJW) | 20-3169891 |

| DEBTORS | ADDRESS | CASE NO. | EIN# |
|---|---|---|---|
| Orleans at Crofton Chase, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10698 (PJW) | 20-2528809 |
| Orleans at East Greenwich, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10699 (PJW) | 20-3169814 |
| Orleans at Elk Township, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10700 (PJW) | 20-1646891 |
| Orleans at Evesham, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10701 (PJW) | 20-1057244 |
| Orleans at Falls, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10702 (PJW) | 20-0222735 |
| Orleans at Hamilton, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10703 (PJW) | 20-3169679 |
| Orleans at Harrison, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10704 (PJW) | 20-1464155 |
| Orleans at Hidden Creek, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10705 (PJW) | 20-3963301 |
| Orleans at Jennings Mill, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10706 (PJW) | 20-4274693 |
| Orleans at Lambertville, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10707 (PJW) | 65-1180615 |
| Orleans at Limerick, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10708 (PJW) | 20-1747791 |
| Orleans at Lower Salford, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10709 (PJW) | 20-0359523 |
| Orleans at Lyons Gate, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10710 (PJW) | 20-3962857 |
| Orleans at Mansfield LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10711 (PJW) | 20-0761498 |
| Orleans at Maple Glen LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10712 (PJW) | 20-0147797 |

| DEBTORS | ADDRESS | CASE NO. | EIN# |
|---|---|---|---|
| Orleans at Meadow Glen, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10713 (PJW) | 74-3084966 |
| Orleans at Millstone, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10715 (PJW) | 20-1588063 |
| Orleans at Millstone River Preserve, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10714 (PJW) | 20-1788810 |
| Orleans at Moorestown, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10716 (PJW) | 20-0759250 |
| Orleans at Tabernacle, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10717 (PJW) | 20-0379927 |
| Orleans at Thornbury, L.P. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10718 (PJW) | 20-4964291 |
| Orleans at Upper Freehold, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10719 (PJW) | 20-1093225 |
| Orleans at Upper Saucon, L.P. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10720 (PJW) | 20-4153715 |
| Orleans at Upper Uwchlan, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10721 (PJW) | 20-1588394 |
| Orleans at Wallkill, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10722 (PJW) | 11-3632875 |
| Orleans at West Bradford, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10723 (PJW) | 20-1174161 |
| Orleans at West Vincent, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10724 (PJW) | 20-0359557 |
| Orleans at Westampton Woods, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10725 (PJW) | 20-2188095 |
| Orleans at Windsor Square, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10726 (PJW) | 20-0359481 |
| Orleans at Woolwich, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10727 (PJW) | 20-4489215 |

| DEBTORS | ADDRESS | CASE NO. | EIN# |
|---|---|---|---|
| Orleans at Wrightstown, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10728 (PJW) | 20-4489701 |
| Orleans Construction Corp. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10729 (PJW) | 23-2440893 |
| Orleans Corporation | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10730 (PJW) | 23-1878770 |
| Orleans Corporation of New Jersey | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10731 (PJW) | 23-2485325 |
| Orleans DK, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10732 (PJW) | 20-4055308 |
| Orleans RHIL, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10733 (PJW) | 20-4981938 |
| Parker & Lancaster Corporation | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10734 (PJW) | 54-1021707 |
| Parker & Orleans Homebuilders, Inc. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10735 (PJW) | 54-2015269 |
| Parker Lancaster, Tidewater, L.L.C. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10736 (PJW) | 54-1997432 |
| Realen Homes, L.P. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10737 (PJW) | 23-3008293 |
| RHGP LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10738 (PJW) | 20-1588197 |
| Sharp Road Farms Inc. | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10739 (PJW) | 23-2711871 |
| Stock Grange, LP | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10740 (PJW) | 20-1174027 |
| Wheatley Meadows Associates, LLC | 3333 Street Road, Suite 101 Bensalem, PA 19020 | 10-10741 (PJW) | 11-3685459 |