# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | | | |
|---|---|---|---|
| **Debtor:** | Orleans Homebuilders, Inc. | | |
| **Case Number:** | 10-10684-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 03, 2010 10:30 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

## Matter:

First day motions
**R / M #:**   27 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
A. - Petitions
B. - Declaration
C. - First Day Motions:
#60 - Order signed
#61 - Order signed
#62 - Order signed (supplemental declaration due)
#63 - Interim Order signed *
#64 - Interim Order signed *
#65 - Order signed
#66 - Interim Order signed *
#67 - Order signed
#68 - Interim Order signed *
#69 - Interim Order signed *
#70 - Interim Order due*
#71 - Interim Order due*
#72 - Order signed
#73 - Interim Order signed *
D. Matters to be sent out on notice:
#74 to #80 - To be noticed for hearing on April 6 @ 3:30 p.m.

*Final hearing scheduled for April 6 @ 3:30 p.m.