# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS HOMEBUILDERS, INC., | ) | Bankr. Case No. 10-10684 (PJW) |
| | ) | |
| Debtor. | ) | **RE: D.I. 2** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BROOKSHIRE ESTATES, L.P., | ) | Bankr. Case No. 10-10685 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COMMUNITY MANAGEMENT SERVICES GROUP, INC. | ) | Bankr. Case No. 10-10686 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREENWOOD FINANCIAL INC., | ) | Bankr. Case No. 10-10690 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MASTERPIECE HOMES, LLC, | ) | Bankr. Case No. 10-10687 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OHB HOMES, INC., | ) | Bankr. Case No. 10-10688 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OHI FINANCING, INC., | ) | Bankr. Case No. 10-10689 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OHI PA GP, LLC, | ) | Bankr. Case No. 10-10691 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OPCNC, LLC, | ) | Bankr. Case No. 10-10692 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS ARIZONA REALTY, LLC, | ) | Bankr. Case No. 10-10693 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS ARIZONA, INC. | ) | Bankr. Case No. 10-10694 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT BORDENTOWN, LLC, | ) | Bankr. Case No. 10-10695 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT COOKS BRIDGE, LLC, | ) | Bankr. Case No. 10-10696 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT COVINGTON MANOR, LLC, | ) | Bankr. Case No. 10-10697 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT CROFTON CHASE, LLC, | ) | Bankr. Case No. 10-10698 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT EAST GREENWICH, LLC, | ) | Bankr. Case No. 10-10699 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT ELK TOWNSHIP, LLC, | ) | Bankr. Case No. 10-10700 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT EVESHAM, LLC, | ) | Bankr. Case No. 10-10701 (PJW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT FALLS, LP, | ) | Bankr. Case No. 10-10702 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT HAMILTON, LLC, | ) | Bankr. Case No. 10-10703 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT HARRISON, LLC, | ) | Bankr. Case No. 10-10704 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT HIDDEN CREEK, LLC, | ) | Bankr. Case No. 10-10705 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT JENNINGS MILL, LLC, | ) | Bankr. Case No. 10-10706 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT LAMBERTVILLE, LLC, | ) | Bankr. Case No. 10-10707 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT LIMERICK, LP, | ) | Bankr. Case No. 10-10708 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT LOWER SALFORD, LP, | ) | Bankr. Case No. 10-10709 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT LYONS GATE, LLC, | ) | Bankr. Case No. 10-10710 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT MANSFIELD LLC, | ) | Bankr. Case No. 10-10711 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT MAPLE GLEN LLC, | ) | Bankr. Case No. 10-10712 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT MEADOW GLEN, LLC, | ) | Bankr. Case No. 10-10713 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS AT MILLSTONE RIVER PRESERVE, LLC, | Bankr. Case No. 10-10714 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| ORLEANS AT MILLSTONE, LLC, | Bankr. Case No. 10-10715 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| ORLEANS AT MOORESTOWN, LLC, | Bankr. Case No. 10-10716 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| ORLEANS AT TABERNACLE, LLC, | Bankr. Case No. 10-10717 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| ORLEANS AT THORNBURY, L.P., | Bankr. Case No. 10-10718 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| ORLEANS AT UPPER FREEHOLD, LLC, | Bankr. Case No. 10-10719 (PJW) |
| Debtor. | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT UPPER SAUCON, L.P., | ) | Bankr. Case No. 10-10720 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT UPPER UWCHLAN, LP, | ) | Bankr. Case No. 10-10721 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT WALLKILL, LLC, | ) | Bankr. Case No. 10-10722 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT WEST BRADFORD, LP, | ) | Bankr. Case No. 10-10723 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT WEST VINCENT, LP, | ) | Bankr. Case No. 10-10-10724 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS AT WESTAMPTON WOODS, LLC, | ) | Bankr. Case No. 10-10725 (PJW) |
| | ) | |
| Debtor. | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS AT WINDSOR SQUARE, LP, | Bankr. Case No. 10-10726 (PJW) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS AT WOOLWICH, LLC, | Bankr. Case No. 10-10727 (PJW) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS AT WRIGHTSTOWN, LP, | Bankr. Case No. 10-10728 (PJW) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS CONSTRUCTION CORP., | Bankr. Case No. 10-10729 (PJW) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS CORPORATION, | Bankr. Case No. 10-10730 (PJW) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS CORPORATION OF NEW JERSEY, | Bankr. Case No. 10-10731 (PJW) |
| Debtor. | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS DK, LLC, | ) | Bankr. Case No. 10-10732 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS RHIL, LP, | ) | Bankr. Case No. 10-10733 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKER & LANCASTER CORPORATION, | ) | Bankr. Case No. 10-10734 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKER & ORLEANS HOMEBUILDERS, INC., | ) | Bankr. Case No. 10-10735 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKER LANCASTER, TIDEWATER, L.L.C., | ) | Bankr. Case No. 10-10736 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REALEN HOMES, L.P., | ) | Bankr. Case No. 10-10737 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RHGP LLC, | ) | Bankr. Case No. 10-10738 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SHARP ROAD FARMS INC., | ) | Bankr. Case No. 10-10739 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| STOCK GRANGE, LP, | ) | Bankr. Case No. 10-10740 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WHEATLEY MEADOWS ASSOCIATES, LLC, | ) | Bankr. Case No. 10-10741 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order directing joint administration of their Chapter 11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting the Motion; and upon consideration of the Declaration of Benjamin D. Goldman in Support of First-Day Pleadings; and upon the record of these Chapter 11 cases and any hearings held to consider the Motion; and it appearing that joint administration of the Debtors' individual Chapter 11 cases for

procedural purposes will be in the best interests of the Debtors and their respective estates, their creditors, and all other parties-in-interest and will further the economic and efficient administration of these cases; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; provided, however, that each of the Debtors shall file a separate monthly operating report unless the Office of the United States Trustee otherwise agrees; and it is further

ORDERED that the above-captioned Chapter 11 cases shall be jointly administered for procedural purposes; and it is further

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting substantive consolidation any of these Chapter 11 cases; and it is further

ORDERED that the caption of these jointly-administered Chapter 11 cases shall be as follows:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS HOMEBUILDERS, INC., et al.,[1] | ) | Bankr. Case No. 10-10684 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ); | |

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned

Chapter 11 cases, other than that of Orleans Homebuilders, Inc., substantially as follows:

> An order has been entered in this case directing joint administration of this case for procedural purposes with the Chapter 11 bankruptcy case of ORLEANS HOMEBUILDERS, INC., Case No. 10-10684 (PJW). The docket for Orleans Homebuilders, Inc., should be consulted for all matters affecting this case.;

and it is further

ORDERED that the Debtors shall be authorized and empowered to take any

necessary actions to implement and effectuate the terms of this Order; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Orleans Homebuilders, Inc. (4323), Brookshire Estates, L.P. (8725), Community Management Services Group, Inc. (6620), Greenwood Financial Inc. (7510), Masterpiece Homes, LLC (1971), OHB Homes, Inc. (0973), OHI Financing, Inc. (6591), OHI PA GP, LLC (2675), OPCNC, LLC (8853), Orleans Arizona Realty, LLC (9174), Orleans Arizona, Inc. (2640), Orleans at Bordentown, LLC (4968), Orleans at Cooks Bridge, LLC (4185), Orleans at Covington Manor, LLC (9891), Orleans at Crofton Chase, LLC (8809), Orleans at East Greenwich, LLC (9814), Orleans at Elk Township, LLC (6891), Orleans at Evesham, LLC (7244), Orleans at Falls, LP (2735), Orleans at Hamilton, LLC (9679), Orleans at Harrison, LLC (4155), Orleans at Hidden Creek, LLC (3301), Orleans at Jennings Mill, LLC (4693), Orleans at Lambertville, LLC (0615), Orleans at Limerick, LP (7791), Orleans at Lower Salford, LP (9523), Orleans at Lyons Gate, LLC (2857), Orleans at Mansfield LLC (1498), Orleans at Maple Glen LLC (7797), Orleans at Meadow Glen, LLC (4966), Orleans at Millstone River Preserve, LLC (8810), Orleans at Millstone, LLC (8063), Orleans at Moorestown, LLC (9250), Orleans at Tabernacle, LLC (9927), Orleans at Thornbury, L.P. (4291), Orleans at Upper Freehold, LLC (3225), Orleans at Upper Saucon, L.P. (3715), Orleans at Upper Uwchlan, LP (8394), Orleans at Wallkill, LLC (2875), Orleans at West Bradford, LP (4161), Orleans at West Vincent, LP (9557), Orleans at Westampton Woods, LLC (8095), Orleans at Windsor Square, LP (9481), Orleans at Woolwich, LLC (9215), Orleans at Wrightstown, LP (9701), Orleans Construction Corp. (0893), Orleans Corporation (8770), Orleans Corporation Of New Jersey (5325), Orleans DK, LLC (5308), Orleans RHIL, LP (1938), Parker & Lancaster Corporation (1707), Parker & Orleans Homebuilders, Inc. (5269), Parker Lancaster, Tidewater, L.L.C. (7432), Realen Homes, L.P. (8293), RHGP LLC (8197), Sharp Road Farms Inc. (1871), Stock Grange, LP (4027) and Wheatley Meadows Associates (5459).

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Dated: Wilmington, Delaware
March 3, 2010

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

3420739.3