**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS HOMEBUILDERS, INC., | ) | Case No. 10-10684 (PJW) |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Duane Morris LLP hereby appears in the above-referenced Chapter 11 cases as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") and, pursuant to Bankruptcy Rule 2002 and 9010, requests that copies of all notices and pleadings given or filed in these cases be given and served upon the the following attorneys at the following addresses and facsimile numbers:

Gerard S. Catalanello
James J. Vincequerra
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
E-mail:gcatalanello@duanemorris.com
         jvincequerra@duanemorris.com

Lawrence J. Kotler
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
E-Mail: ljkotler@duanemorris.com

Richard W. Riley
Sommer L. Ross
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: rwriley@duanemorris.com
         slross@duanemorris.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without

limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 13, 2010  
      Wilmington, Delaware

*/s/ Richard W. Riley*
Richard W. Riley (DE 4052)
Lawrence J. Kotler (DE 4181)
Sommer L. Ross (DE 4598)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

and

Gerard S. Catalanello
James J. Vincequerra
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Telephone:    (212) 692-1000
Facsimile:    (212) 692-1020
E-mail: gcatalanello@duanemorris.com
        jvincequerra@duanemorris.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*