UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| Orleans Homebuilders, Inc., *et al.* | : | Case No. 10-10684 (PJW) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Taberna Capital Management III, Ltd.**, Attn: Raphael Licht, 450 Park Ave., 11th Floor, New York, NY 10022, Phone: 215-735-1480

2. **Wilmington Trust Company**, Attn: Suzanne J. MacDonald, Rodney Square North, 1100 North Market St., Wilmington, DE 19890, Phone: 302-636-6530, Fax: 302-636-4149

3. **84 Lumber Company**, Attn: Dan iel M. Wallach, 1019 Rte. 519, Eighty Four, PA 15330, Phone: 724-228-8820 ex 1550, Fax: 866-298-3940

4. **Robert K. Foster, Sr.**, 3880 Willow Dr., Newfield NJ 08344, Phone: 856-207-5822, Fax: 856-507-8822

5. **Sunrise Concrete Co., Inc.**, Attn: Keith Burke, PO Box 435, Rushland, PA 18956, Phone: 215-355-2500, Fax: 215-598-7221

6. **Burlington Commercial Floor Covering**, Attn: Kristine McLaughlin, 2 Kerry Ct., Ste. B, Southampton, NJ 08088, Phone: 609-801-1500, Fax: 609-801-1502

7. **Wildflowers at Wallkill Condo Assoc.**, c/o Spinnaker Management LLC, Attn: Tina Williams, 3104 State Route #208, Wallkill, NY 12589, Phone: 845-895-8122, Fax: 845-895-1849

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

  /s/ David L. Buchbinder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: March 15, 2010

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: Robert H. Dehney, Esquire, Phone: (302) 302-658-9200, Fax: (302) 658-3989