**SEWARD & KISSEL LLP**
John R. Ashmead, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorney for The Bank of New York Mellon, as Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Orleans Homebuilders, Inc., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 10-10684 (PJW)<br><br>(Jointly Administered) |

### <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

    PLEASE TAKE NOTICE THAT Seward & Kissel LLP hereby appears in the

above-captioned chapter 11 cases (the "<u>Cases</u>") pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure ("<u>Bankruptcy Rules</u>") on behalf of The Bank of New York Mellon, as

Trustee for the Junior Subordinated Notes ("<u>BNY</u>"), a party-in-interest with respect to the above-

captioned debtors (the "<u>Debtors</u>").

    PLEASE TAKE FURTHER NOTICE that BNY, as a party-in-interest, requests,

pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of

Chapter 11, Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), that all notices given or

required to be given in these Cases and all papers served or required to be served in these Cases,

including but not limited to all notices filed and served in all adversary proceedings in such

cases, be given to and served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Tel.:  (212) 574-1200
Fax:  (212) 480-8421
E-mail:  ashmead@sewkis.com

-and-

Mr. Stuart Rothenberg
Vice President
The Bank of New York Mellon
101 Barclay Street, 8 West
New York, New York 10286
Tel:  (212) 298-1977
Fax:  (732) 667-9465
E-mail:  stuart.rothenberg@bnymellon.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of BNY's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which BNY is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BNY expressly reserves.

Dated: New York, New York
      March 26, 2010

SEWARD & KISSEL LLP

By: /s/ John R. Ashmead
John R. Ashmead (JA-4756)
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: ashmead@sewkis.com

*Attorney for The Bank of New York Mellon, as Trustee for the Junior Subordinated Notes*