IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS HOMEBUILDERS, INC., et al.,[1] | Case No. 10-10684 (PJW) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON APRIL 15, 2010 AT 3:30 PM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Orleans Homebuilders, Inc. (4323), Brookshire Estates, L.P. (8725), Community Management Services Group, Inc. (6620), Greenwood Financial Inc. (7510), Masterpiece Homes, LLC (1971), OHB Homes, Inc. (0973), OHI Financing, Inc. (6591), OHI PA GP, LLC (2675), OPCNC, LLC (8853), Orleans Arizona Realty, LLC (9174), Orleans Arizona, Inc. (2640), Orleans at Bordentown, LLC (4968), Orleans at Cooks Bridge, LLC (4185), Orleans at Covington Manor, LLC (9891), Orleans at Crofton Chase, LLC (8809), Orleans at East Greenwich, LLC (9814), Orleans at Elk Township, LLC (6891), Orleans at Evesham, LLC (7244), Orleans at Falls, LP (2735), Orleans at Hamilton, LLC (9679), Orleans at Harrison, LLC (4155), Orleans at Hidden Creek, LLC (3301), Orleans at Jennings Mill, LLC (4693), Orleans at Lambertville, LLC (0615), Orleans at Limerick, LP (7791), Orleans at Lower Salford, LP (9523), Orleans at Lyons Gate, LLC (2857), Orleans at Mansfield LLC (1498), Orleans at Maple Glen LLC (7797), Orleans at Meadow Glen, LLC (4966), Orleans at Millstone River Preserve, LLC (8810), Orleans at Millstone, LLC (8063), Orleans at Moorestown, LLC (9250), Orleans at Tabernacle, LLC (9927), Orleans at Thornbury, L.P. (4291), Orleans at Upper Freehold, LLC (3225), Orleans at Upper Saucon, L.P. (3715), Orleans at Upper Uwchlan, LP (8394), Orleans at Wallkill, LLC (2875), Orleans at West Bradford, LP (4161), Orleans at West Vincent, LP (9557), Orleans at Westampton Woods, LLC (8095), Orleans at Windsor Square, LP (9481), Orleans at Woolwich, LLC (9215), Orleans at Wrightstown, LP (9701), Orleans Construction Corp. (0893), Orleans Corporation (8770), Orleans Corporation Of New Jersey (5325), Orleans DK, LLC (5308), Orleans RHIL, LP (1938), Parker & Lancaster Corporation (1707), Parker & Orleans Homebuilders, Inc. (5269), Parker Lancaster, Tidewater, L.L.C. (7432), Realen Homes, L.P. (8293), RHGP LLC (8197), Sharp Road Farms Inc. (1871), Stock Grange, LP (4027), and Wheatley Meadows Associates (5459).

**CONTESTED MATTERS:**

1.  Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 12, 3/2/2010).

    Response Deadline: 3/29/2010 at 4:00 p.m. (Extended for the Official Committee of Unsecured Creditors of these cases (the "Committee"), one of the Debtors' title insurers, and certain vendors to 3/31/2010 at 4:00 p.m. Extended for Wachovia Bank, N.A. as the Agent (the "Agent") to 4/1/2010 at 4:00 p.m.)

    Responses Received:

    A.  Limited Objection of Liberty Mutual Insurance Company to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 193, 3/29/2010).

    B.  Limited Objection to the Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 194, 3/29/2010).

    C.  Carolina Sunrock LLC's Objection to Interim Order Authorizing the Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 195, 3/29/2010).

    D.  Objection of Brubacher Excavating, Inc. to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 196, 3/29/2010).

E.     Lakeland Building Supply, Inc.'s Limited Objection to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 198, 3/29/2010).

F.     Limited Objection of Evesham Township to the Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 206, 3/30/2010).

G.     Limited Objection of Monroe Township Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 219, 3/31/2010).

H.     Limited Objection of Yorktowne, Inc., Mastercraft Cabinets, Inc. and Elkay Virginia Decorative Surfaces to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 220, 3/31/2010).

I.     Objection of 84 Lumber Company to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 221, 3/31/2010).

J.     Limited Objection to Interim Order Authorizing the Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 222, 3/31/2010).

K.  Objection to Entry as a Final Order of the Interim Order Authorizing the Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 231, 4/1/2010).

L.  Artistic Southern Inc.'s Limited Objection to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 242, 4/2/2010).

M.  Notice of Withdrawal of Limited Objection of Evesham Township to the Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 266, 4/5/2010).

N.  Objection of Celey's Quality Plumbing, Inc. to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 277, 4/5/2010).

O.  Informal comments made by the First American Title Insurance Company.

P.  Supplemental Objection by 84 Lumber Company to Debtors' Motion to Approve Ordinary Course Sale Procedures (Docket No. 409, 4/9/2010).

Q.  Supplemental Limited Objection of Monroe Township to Debtors' Motion for an Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 410, 4/9/2010).

R.  Notice of Withdrawal of Limited Objection of Liberty Mutual Insurance Company to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 217, 4/12/2010).

S.  Monroe Township's Notice of Withdrawal (Docket No. 536, 4/13/2010).

Related Documents:

A.  Certification of Counsel Regarding Order Authorizing the Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 61, 3/4/2010).

B.  Interim Order Authorizing the Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 69, 3/4/2010).

C.  Notice of Hearing (Docket No. 76, 3/4/2010).

D.  Debtors' Omnibus Reply to Objections to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 229, 4/1/2010).

E.  Debtors' Supplemental Omnibus Reply to Objections to Debtors' Motion for Order Authorizing Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 248, 4/2/2010).

F.  Debtors' Memorandum In Support of Entry of Final Order Granting Debtors' Motion to Authorize Debtors (a) to Contract and Close on Sales of Homes; (b) to Honor Deposits and Other Contractual Obligations; (c) to Sell Homes Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (d) to Establish Procedures for the Resolution of Lien and Other Claims; and (e) to Use Proceeds of Home Sales in Accordance with Lien Procedures (Docket No. 407, 4/9/2010).

Status: This matter will go forward. The Debtors held a conference call on 4/7/2010 with the objecting parties and the Agent in order to efficiently address objections. The only parties that filed proposed orders are 84 Lumber Company and Monroe Township. Counsel to the Debtors believe that the objections of both of these parties have been resolved.

2.  Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors (a) to Obtain Post-Petition Financing and (b) to Use Cash Collateral and (ii) Granting (a) Adequate Protection to Pre-Petition Secured Parties and (b) Related Relief (Docket No. 13, 3/2/2010).

   Response Deadline: 4/6/2010 at 4:00 p.m. (Extended from 3/29/2010. Extended for the Committee to 4/8/2010 at 4:00 p.m.)

   Responses Received:

   A.  Limited Objection to the Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors (a) to Obtain Post-Petition Financing and (b) to Use Cash Collateral and (ii) Granting (a) Adequate Protection to Pre-Petition Secured Parties and (b) Related Relief (Docket No. 192, 3/29/2010).

   B.  Limited Objection of Evesham Township to the Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors (a) to Obtain Post-Petition Financing and (b) to Use Cash Collateral and (ii) Granting (a) Adequate Protection to Pre-Petition Secured Parties and (b) Related Relief (Docket No. 205, 3/30/2010).

   C.  Objection of Mona F. Mustafa to Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors (a) to Obtain Post-Petition Financing and (b) to Use Cash Collateral and (ii) Granting (a) Adequate Protection to Pre-Petition Secured Parties and (b) Related Relief (Docket No. 397, 4/8/2010).

D.  Objection of the Official Committee of Unsecured Creditors to Debtors' Motion Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors (a) to Obtain Post-Petition Financing and (b) to Use Cash Collateral and (ii) Granting (a) Adequate Protection to Pre-Petition Secured Parties and (b) Related Relief (Docket No. 399, 4/8/2010).

Related Documents:

A.  Debtors' Motion for an Order, Pursuant to Bankruptcy Code Section 107, Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1(b) (a) Authorizing Debtors to File a Fee Letter Relating to the Debtors' Proposed Debtor-In-Possession Financing Under Seal and (b) Granting Certain Related Relief (Docket No. 14, 3/2/2010).

B.  Interim Order Approving Debtors' Motion for Authority to Obtain Credit Secured by Senior Liens and with Superpriority Administrative Claim Status Pursuant to 11 U.S.C. Sections 364(c) and (d) (Docket No. 50, 3/3/2010).

C.  Order Authorizing the Debtors to File Under Seal the Fee Letter Between the Debtors, DIP Agent, and DIP Lead Arranger (Docket No. 52, 3/3/2010).

D.  Notice of Hearing (Docket No. 77, 3/4/2010).

E.  Notice of Filing of Draft Debtor-In-Possession Loan Agreement, Subject to Continuing Negotiation (Docket No. 153, 3/22/2010).

F.  Re-Notice of Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtors (a) to Obtain Post-Petition Financing and (b) to Use Cash Collateral and (ii) Granting (a) Adequate Protection to Pre-Petition Secured Parties and (b) Related Relief (Docket No. 210, 3/30/2010).

Status: This matter will go forward. This will be an evidentiary hearing with the Debtors expecting to call two witnesses, for which direct testimony will be submitted to the Court in declaration or affidavit form, prior to the hearing, and the witnesses will be present in Court for cross-examination and redirect. The Committee has indicated its intention to call no more than two witnesses. The Debtors will also respond to the Committee's Objection prior to the hearing.

Dated: April 13, 2010
Wilmington, Delaware

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Andrew G. Mirisis (DE Bar No. 5365)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: agm@elliottgreenleaf.com

- and -

CAHILL GORDON & REINDEL LLP
Joel H. Levitin
Michael R. Carney
Maya Peleg
Eighty Pine Street
New York, New York, 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Email: jlevitin@cahill.com
Email: mcarney@cahill.com
Email: mpeleg@cahill.com

*Attorneys for the Debtors and Debtors-in-Possession*