# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | Orleans Homebuilders, Inc., et al., |
| **Case Number:** | 10-10684-PJW     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 15, 2010 01:30 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

## *Matter:*

Omnibus

**R / M #:** 571 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed
#2 - Approved, Revised order due
#3 to #5 - Stipulation signed