UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ORLEANS HOMEBUILDERS, INC., et al., | Bankr. Case 10-10684 (PJW) |
| Debtors. | Jointly Administered |

## AMENDED AFFIDAVIT AND DISCLOSURE STATEMENT OF LOUIS J. COLAGRECO, JR. ON BEHALF OF RILEY RIPER HOLLIN & COLAGRECO

COMMONWEALTH OF PENNSYLVANIA )
) ss.:
COUNTY OF CHESTER )

Louis J. Colagreco, Jr., being duly sworn, upon oath, deposes and supplements the Affidavit and Disclosure Statement filed on May 13, 2010 in the above matter as follows:

Paragraph 6 is amended to read as follows:

Pre-petition claims against any of the Debtors held by the Company:

Amount of claim: $12,026.28

Date claim arose: March 2009 through February 2010

Source of claim: Legal services provided to certain Debtors

In all other respects, the original Affidavit and Disclosure Statement is ratified and affirmed.

Dated: June 17, 2010

By: _____
Louis J. Colagreco, Jr.