# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Orleans Homebuilders, Inc. et. al., | | |
| **Case Number:** | 10-10684-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 29, 2010 02:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | JENNIFER HOUSTON | | |

## Matter:

Disclosure Statement
**R / M #:**   2,169 / 0

## Appearances:

See attached Court sign-in sheet

## Proceedings:

Hearing Held.
Agenda Items:
#1 - Revised Disclosure Statement and Order due.
Confirmation hearing scheduled for 11/16/10 @ 1:30 p.m.