# EXHIBIT B

**Projected Financial Information for the Reorganized Debtors**

**Orleans Homebuilders, Inc.**
**Business Plan Consolidated Financials**
**USD** *(in 000's)*

### Income Statement *(USD in 000's)*

| FYE June 30th | FY 2011 budget | FY 2012 proj. | FY 2013 proj. | FY 2014 proj. | FY 2015 proj. | FY 2016 proj. |
|---|---:|---:|---:|---:|---:|---:|
| Residential Properties | 235,240 | 315,156 | 352,462 | 354,340 | 377,055 | 404,297 |
| Land Sales | 3,461 | 4,391 | - | - | - | - |
| **Revenues** | **$ 238,701** | **$ 319,546** | **$ 352,462** | **$ 354,340** | **$ 377,055** | **$ 404,297** |
| Residential Properties | 216,018 | 273,975 | 291,041 | 282,893 | 298,796 | 314,969 |
| Land Sales | 3,011 | 2,665 | - | - | - | - |
| Other | 940 | 1,267 | 1,407 | 1,427 | 1,530 | 1,643 |
| Cost of Goods Sold | 219,969 | 277,907 | 292,448 | 284,320 | 300,326 | 316,613 |
| **Gross Margin** | **18,732** | **41,639** | **60,015** | **70,020** | **76,729** | **87,685** |
| SG&A | 26,174 | 29,340 | 31,006 | 31,193 | 32,933 | 35,427 |
| **Operating Income** | **(7,442)** | **12,299** | **29,008** | **38,827** | **43,796** | **52,258** |
| Income Tax (Benefit) | - | 6,945 | 3,932 | 8,370 | 10,697 | 17,545 |
| **Net Income / (Loss)** | **$ (7,442)** | **$ 5,354** | **$ 25,076** | **$ 30,457** | **$ 33,099** | **$ 34,713** |

### Balance Sheet *(USD in 000's)*

| FYE June 30th | FY 2011 budget | FY 2012 proj. | FY 2013 proj. | FY 2014 proj. | FY 2015 proj. | FY 2016 proj. |
|---|---:|---:|---:|---:|---:|---:|
| Cash | $ 32,385 | $ 80,682 | $ 128,036 | $ 163,053 | $ 194,283 | $ 120,806 |
| Restricted Cash | 7,189 | 7,646 | 7,350 | 6,031 | 6,189 | 5,646 |
| Residential Properties | 124,574 | 122,171 | 120,079 | 123,929 | 137,834 | 139,324 |
| Land Held for Dev or Sale | 103,179 | 59,838 | 40,102 | 31,235 | 20,917 | 15,679 |
| Property and Equipment, net | 33 | - | - | - | - | - |
| Deferred Tax Asset | - | 1,910 | 1,081 | 2,302 | 2,942 | 4,825 |
| **Total Assets** | **$ 267,361** | **$ 272,246** | **$ 296,648** | **$ 326,550** | **$ 362,165** | **$ 286,280** |
| Accounts Payable | 17,475 | 16,969 | 17,593 | 16,625 | 18,275 | 17,961 |
| Accrued Expenses | 1,568 | 1,354 | 1,343 | 1,391 | 1,474 | 1,556 |
| Customer Deposits | 7,124 | 7,375 | 6,087 | 6,452 | 7,235 | 6,869 |
| Long-term Debt | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | - |
| **Total Liabilities** | **136,167** | **135,698** | **135,024** | **134,468** | **136,984** | **26,386** |
| **Total Equity** | **131,194** | **136,548** | **161,625** | **192,082** | **225,181** | **259,894** |
| **Total Liabilities and Equity** | **$ 267,361** | **$ 272,246** | **$ 296,648** | **$ 326,550** | **$ 362,165** | **$ 286,280** |

**Orleans Homebuilders, Inc.**
**Business Plan Consolidated Financials**
**USD** *(in 000's)*

## Cash Flow Statement *(USD in 000's)*

| *FYE June 30th* | **FY 2011** *budget* | **FY 2012** *proj.* | **FY 2013** *proj.* | **FY 2014** *proj.* | **FY 2015** *proj.* | **FY 2016** *proj.* |
|---|---:|---:|---:|---:|---:|---:|
| Net Income | $ (7,442) | $ 5,354 | $ 25,076 | $ 30,457 | $ 33,099 | $ 34,713 |
| Depreciation and Amortization | 301 | 33 | - | - | - | - |
| Deferred Taxes | - | (1,910) | 828 | (1,220) | (640) | (1,883) |
| Operating Assets / Liabilities Change | 41,672 | 44,819 | 21,450 | 5,780 | (1,229) | 3,693 |
| **Operating Cash Flow** | **34,531** | **48,297** | **47,355** | **35,017** | **31,230** | **36,523** |
| Proceeds / (Purch) of Securities | - | - | - | - | - | - |
| Proceeds / (Purch) of P&E | - | - | - | - | - | - |
| **Investing Cash Flow** | **-** | **-** | **-** | **-** | **-** | **-** |
| Net Debt Draw / (Payment) | (5,000) | - | - | - | - | (110,000) |
| **Financing Cash Flow** | **(5,000)** | **-** | **-** | **-** | **-** | **(110,000)** |
| Net Cash Flow | 29,531 | 48,297 | 47,355 | 35,017 | 31,230 | (73,477) |
| Beginning Cash Balance | 2,853 | 32,385 | 80,682 | 128,036 | 163,053 | 194,283 |
| **Ending Cash Balance** | **$ 32,385** | **$ 80,682** | **$ 128,036** | **$ 163,053** | **$ 194,283** | **$ 120,806** |