## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORLEANS HOMEBUILDERS, INC., <u>et al.</u>,[1] | ) | Case No. 10-10684 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF CONFIRMATION HEARING

**NOTICE IS HEREBY GIVEN THAT:**

    A.    On October 4, 2010 the United States Bankruptcy Court for the District of Delaware (the "Court") approved the disclosure statement (the "Disclosure Statement") of the above-captioned debtors and debtors-in-possession (the "Debtors") pursuant to Bankruptcy Code

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each of their tax identification numbers are: Orleans Homebuilders, Inc. (4323), Brookshire Estates, L.P. (8725), Community Management Services Group, Inc. (6620), Greenwood Financial Inc. (7510), Masterpiece Homes, LLC (1971), OHB Homes, Inc. (0973), OHI Financing, Inc. (6591), OHI PA GP, LLC (2675), OPCNC, LLC (8853), Orleans Arizona Realty, LLC (9174), Orleans Arizona, Inc. (2640), Orleans at Bordentown, LLC (4968), Orleans at Cooks Bridge, LLC (4185), Orleans at Covington Manor, LLC (9891), Orleans at Crofton Chase, LLC (8809), Orleans at East Greenwich, LLC (9814), Orleans at Elk Township, LLC (6891), Orleans at Evesham, LLC (7244), Orleans at Falls, LP (2735), Orleans at Hamilton, LLC (9679), Orleans at Harrison, LLC (4155), Orleans at Hidden Creek, LLC (3301), Orleans at Jennings Mill, LLC (4693), Orleans at Lambertville, LLC (0615), Orleans at Limerick, LP (7791), Orleans at Lower Salford, LP (9523), Orleans at Lyons Gate, LLC (2857), Orleans at Mansfield LLC (1498), Orleans at Maple Glen LLC (7797), Orleans at Meadow Glen, LLC (4966), Orleans at Millstone River Preserve, LLC (8810), Orleans at Millstone, LLC (8063), Orleans at Moorestown, LLC (9250), Orleans at Tabernacle, LLC (9927), Orleans at Thornbury, L.P. (4291), Orleans at Upper Freehold, LLC (3225), Orleans at Upper Saucon, L.P. (3715), Orleans at Upper Uwchlan, LP (8394), Orleans at Wallkill, LLC (2875), Orleans at West Bradford, LP (4161), Orleans at West Vincent, LP (9557), Orleans at Westampton Woods, LLC (8095), Orleans at Windsor Square, LP (9481), Orleans at Woolwich, LLC (9215), Orleans at Wrightstown, LP (9701), Orleans Construction Corp. (0893), Orleans Corporation (8770), Orleans Corporation Of New Jersey (5325), Orleans DK, LLC (5308), Orleans RHIL, LP (1938), Parker & Lancaster Corporation (1707), Parker & Orleans Homebuilders, Inc. (5269), Parker Lancaster, Tidewater, L.L.C. (7432), Realen Homes, L.P. (8293), RHGP LLC (8197), Sharp Road Farms Inc. (1871), Stock Grange, LP (4027), and Wheatley Meadows Associates (5459).

§ 1125 and authorized the Debtors to solicit votes to accept or to reject the joint plan of reorganization (the "Plan"), which is being proposed by the Debtors. Copies of the Plan and the Disclosure Statement are on file with the Clerk of the United States Bankruptcy Court for the District of Delaware and may be reviewed during the Court's regular business hours or online at http://www.orleanshomesreorg.com. A copy of the Disclosure Statement may also be obtained free of charge by contacting the Debtors' claims, notice, and balloting agent, The Garden City Group, Inc., at 1-888-215-9315, or by visiting www.gardencitygroup.com.

B. A hearing (the "Confirmation Hearing") to consider (i) confirmation of the Plan and (ii) any other matter that may properly come before the Bankruptcy Court, will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, on November 16, 2010 at 1:30 P.M., or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 824 North Market Street, Sixth Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Confirmation Hearing or at an adjourned hearing.

C. Under the Plan and the Bankruptcy Code, certain parties are entitled to vote to accept or to reject the Plan. All such votes must be received by 5:00 P.M. (Prevailing Eastern Time), on November 5, 2010, at either of the following addresses:

| **If by mail:** | **If by hand delivery or overnight courier:** |
|---|---|
| The Garden City Group, Inc. | The Garden City Group, Inc. |
| Attn: Orleans Homebuilders, Inc. | Attn: Orleans Homebuilders, Inc. |
| P.O. Box 9405 | 5151 Blazer Parkway, Suite A |
| Dublin, Ohio 43017-9405 | Dublin, Ohio 43017 |

If you believe you are entitled to vote on the Plan, but have not received a ballot to do so, you should contact The Garden City Group, Inc., immediately.

D. Any objections to confirmation of the Plan must be in writing, must state the name of the objector, its interest in the Chapter 11 cases, and, if applicable, the amount and nature of its claim or interest, as well as the grounds for the objection and the legal basis thereof, and be served and filed with and received by the Bankruptcy Court, and served upon and received by the following parties, together with proof of service on or before November 5, 2010, at 5:00 P.M. (prevailing Eastern Time) (the "Plan Objection Deadline"): (a) counsel for the Debtors, (i) Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005 (Attn: Joel H. Levitin, Esq., Stephen J. Gordon, Esq., Richard A. Stieglitz Jr., Esq., and Maya Peleg, Esq.) and (ii) Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware 19801 (Attn: Rafael X. Zahralddin-Aravena, Esq., Mark A. Kearney, Esq., Neil R. Lapinski, Esq., and Shelley A. Kinsella, Esq.); (b) Counsel to the Contributing Lender, Schulte Roth & Zabel LLP, 919 3rd Avenue, New York, New York 10022 (Attn: Adam C. Harris, Esq., and Adam L. Hirsch, Esq.); (c) counsel for the Administrative Agents, Reed Smith, LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, Pennsylvania 19103 (Attn: Claudia Springer, Esq., and Scott Esterbrook, Esq.); (d) counsel for the Official Committee of Unsecured Creditors, (i) Duane Morris LLP, 1540 Broadway, New York, New York 10036-4086 (Attn: Gerard S.

Catalanello, Esq.), (ii) Duane Morris LLP, 30 South 17th Street, Philadelphia, Pennsylvania 19103 (Attn: Lawrence J. Kotler, Esq.), and (iii) Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Richard W. Riley, Esq., and Sommer L. Ross, Esq.); and (e) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801 (Attn: David Buchbinder, Esq.). **ONLY OBJECTIONS THAT ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT THE CONFIRMATION HEARING.**

E. **IN PARTICULAR, ANY OPERATIONAL LIEN CLAIMHOLDER WHOSE CLAIM (I) IS NOT EXPRESSLY SET FORTH ON EXHIBIT F TO THE DISCLOSURE STATEMENT AS BEING AN ALLOWED SECURED OPERATIONAL LIEN CLAIM, (II) IS SET FORTH ON EXHIBIT G TO THE DISCLOSURE STATEMENT, OR (III) DOES NOT APPEAR ON EITHER EXHIBIT F OR EXHIBIT G TO THE DISCLOSURE STATEMENT (COLLECTIVELY, THE "UNSECURED OPERATIONAL LIEN CLAIMANTS"), SHALL HAVE UNTIL THE PLAN OBJECTION DEADLINE TO OBJECT TO THE PROPOSED CLASSIFICATION OF ITS OPERATIONAL LIEN CLAIM AS A GENERAL UNSECURED CLAIM IN CLASS 3 OR CLASS 3A, AS APPLICABLE (INCLUDING FOR VOTING PURPOSES), RATHER THAN A SECURED OPERATIONAL LIEN CLAIM IN CLASS 2C (OR OTHER SECURED CLAIMS IN CLASS 2B) (ANY SUCH OBJECTION, AN "OPERATIONAL LIEN OBJECTION"); <u>PROVIDED</u>, <u>HOWEVER</u>, THAT THE FOREGOING WILL NOT IN ANY WAY MODIFY THE HOME SALES PROCEDURES, WHICH WILL REMAIN IN EFFECT THROUGH THE EFFECTIVE DATE. IN ADDITION, THOSE PARTIES WHOSE OPERATIONAL LIEN CLAIMS ARE SET FORTH ON EXHIBIT F TO THE DISCLOSURE STATEMENT SHALL HAVE UNTIL THE PLAN OBJECTION DEADLINE TO OBJECT TO THE PROPOSED ALLOWED AMOUNT OF THEIR SECURED OPERATIONAL LIEN CLAIMS. UNLESS AN OPERATIONAL LIEN OBJECTION IS TIMELY AND PROPERLY FILED AND SERVED, ALL OPERATIONAL LIEN CLAIMHOLDERS SHALL BE BOUND BY THE DEBTORS' POSITION WITH RESPECT TO THE CLASSIFICATION, TREATMENT, AND/OR ALLOWED AMOUNT (AS APPLICABLE) OF THE APPLICABLE OPERATIONAL LIEN CLAIM, AND THEIR CLAIMS WILL BE TREATED IN ACCORDANCE THEREWITH FOR ALL PURPOSES UNDER THE PLAN. IN ADDITION, THE OPERATIONAL LIENS OF THE UNSECURED OPERATIONAL LIEN CLAIMANTS WILL BE OF NO FORCE AND EFFECT ON AND AFTER THE EFFECTIVE DATE OF THE PLAN, AND THE DEBTORS AND THE REORGANIZED DEBTORS (AS THE CASE MAY BE) SHALL BE AUTHORIZED TO EXECUTE AND DELIVER SUCH DOCUMENTS, IN THE NAME AND STEAD OF THE HOLDER OF ANY OPERATIONAL LIEN THAT IS NOT REINSTATED UNDER THE PLAN, OR TAKE ANY OTHER ACTIONS AS MAY BE REASONABLE, NECESSARY, OR APPROPRIATE, TO EFFECTUATE THE RELEASES, DISCHARGES, AND TERMINATIONS OF OPERATIONAL LIENS CONTEMPLATED BY THE PLAN.** Upon a formal written request at any time prior to the Plan Objection Deadline by an Operational Lien Claimholder made to counsel to the Debtors ((i) Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005 (Attn: Maya Peleg,

Esq.) and (ii) Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103 (Attn: Maria Renee McKinney, Esq.)) describing the requested information with particularity, the Debtors will utilize commercially reasonable efforts to provide further information regarding the methodology they employed in determining why a particular Operational Lien Claim constitutes an General Unsecured Claim on Exhibit G.

F. **ANY PARTY-IN-INTEREST CLAIMING TO HAVE A VALID LIEN UPON ANY ASSET LISTED ON EXHIBIT I TO THE DISCLOSURE STATEMENT MUST FILE AN OBJECTION PRIOR TO THE PLAN OBJECTION DEADLINE IN ORDER TO CHALLENGE THE INCLUSION OF ANY SUCH ASSET AS AN "UNENCUMBERED ASSET" OR BE FOREVER BARRED FROM DOING SO, AND SUCH ASSET WILL BE TREATED AS AN UNENCUMBERED ASSET FOR ALL PURPOSES UNDER THE PLAN AND THESE CASES (AN "UNENCUMBERED ASSET OBJECTION").**

G. **FOR THE AVOIDANCE OF DOUBT**, **CASTING A BALLOT TO ACCEPT THE PLAN WILL NOT PRECLUDE A PARTY-IN-INTEREST FROM FILING AN OPERATIONAL LIEN OBJECTION AND/OR AN UNENCUMBERED ASSET OBJECTION PRIOR TO THE PLAN OBJECTION DEADLINE.**

H. *The Plan provides for releases and injunctions of certain conduct.[2] The injunctions in the Plan include a permanent injunction of the commencement or prosecution by any entity, whether directly, derivatively, or otherwise, of any claims, obligations, suits, judgment, damages, demands, debts, rights, causes of action, or liabilities released pursuant to the Plan.*

*(Remainder of page intentionally left blank.)*

---

[2] As set forth further in Plan Section 9.6, any non-debtor party that votes to accept the Plan will be deemed to release certain non-debtor parties of, with certain exceptions, any claims such releasing party may have against the released parties that in any way relates to the Debtors or their Chapter 11 cases.

I.   If any party-in-interest has any questions regarding the Disclosure Statement, the Plan, or this Notice, please contact The Garden City Group, Inc. Please note, however, that such party is not permitted to provide legal advice.

Dated: October 4, 2010   **ELLIOTT GREENLEAF**
Wilmington, Delaware

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

- and -

CAHILL GORDON & REINDEL LLP
Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
Michael R. Carney
Eighty Pine Street
New York, New York, 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Email: jlevitin@cahill.com
Email: sgordon@cahill.com
Email: rstieglitz@cahill.com
Email: mcarney@cahill.com

*Attorneys for the Debtors and Debtors-in-Possession*