B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
For the District of Delaware

In re  Orleans Homebuilders, Inc., et al.  ,   Case No. 10684-PJW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Eastern Framing Contractors, LLC | Nassau Construction Co., Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Eastern Framing Contractors, LLC
P.O. Box 805
Mt. Laurel, NJ 08054
Phone:  856-461-0892
Last Four Digits of Acct #: _____

Court Claim # (if known): 811
Amount of Claim:  $ 231,855.80
Date Claim Filed:  6/14/2010

Phone: 856-461-0892
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: _____
Transferee/Transferee's Agent
Victor Fernandes

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.