IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ORLEANS HOMEBUILDERS, INC., et al.,[1] ) | Case No. 10-10684 (PJW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Re: Docket Nos. 2638 & 2656** |

## NOTICE OF ENTRY OF ORDER CONFIRMING THE DEBTORS' MODIFIED SECOND AMENDED JOINT PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that on December 1, 2010 (the "Confirmation Date"), the United States Bankruptcy Court for the District of Delaware (the "Court"), entered an Order (the "Confirmation Order") (Docket No. 2656) confirming the Modified Second Amended Joint Plan of Reorganization, dated November 29, 2010 (the "Plan") (Docket No. 2638), of the above-captioned debtors and debtors-in-possession (together, the "Debtors").

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each of the Debtors' tax identification numbers, are: Orleans Homebuilders, Inc. (4323), Brookshire Estates, L.P. (8725), Community Management Services Group, Inc. (6620), Greenwood Financial Inc. (7510), Masterpiece Homes, LLC (1971), OHB Homes, Inc. (0973), OHI Financing, Inc. (6591), OHI PA GP, LLC (2675), OPCNC, LLC (8853), Orleans Arizona Realty, LLC (9174), Orleans Arizona, Inc. (2640), Orleans at Bordentown, LLC (4968), Orleans at Cooks Bridge, LLC (4185), Orleans at Covington Manor, LLC (9891), Orleans at Crofton Chase, LLC (8809), Orleans at East Greenwich, LLC (9814), Orleans at Elk Township, LLC (6891), Orleans at Evesham, LLC (7244), Orleans at Falls, LP (2735), Orleans at Hamilton, LLC (9679), Orleans at Harrison, LLC (4155), Orleans at Hidden Creek, LLC (3301), Orleans at Jennings Mill, LLC (4693), Orleans at Lambertville, LLC (0615), Orleans at Limerick, LP (7791), Orleans at Lower Salford, LP (9523), Orleans at Lyons Gate, LLC (2857), Orleans at Mansfield LLC (1498), Orleans at Maple Glen LLC (7797), Orleans at Meadow Glen, LLC (4966), Orleans at Millstone River Preserve, LLC (8810), Orleans at Millstone, LLC (8063), Orleans at Moorestown, LLC (9250), Orleans at Tabernacle, LLC (9927), Orleans at Thornbury, L.P. (4291), Orleans at Upper Freehold, LLC (3225), Orleans at Upper Saucon, L.P. (3715), Orleans at Upper Uwchlan, LP (8394), Orleans at Wallkill, LLC (2875), Orleans at West Bradford, LP (4161), Orleans at West Vincent, LP (9557), Orleans at Westampton Woods, LLC (8095), Orleans at Windsor Square, LP (9481), Orleans at Woolwich, LLC (9215), Orleans at Wrightstown, LP (9701), Orleans Construction Corp. (0893), Orleans Corporation (8770), Orleans Corporation Of New Jersey (5325), Orleans DK, LLC (5308), Orleans RHIL, LP (1938), Parker & Lancaster Corporation (1707), Parker & Orleans Homebuilders, Inc. (5269), Parker Lancaster, Tidewater, L.L.C. (7432), Realen Homes, L.P. (8293), RHGP LLC (8197), Sharp Road Farms Inc. (1871), Stock Grange, LP (4027), and Wheatley Meadows Associates (5459).

**PLEASE TAKE FURTHER NOTICE** that, as of the Confirmation Date, but subject to the occurrence of the Effective Date[2] and the terms and conditions of the Plan (including Sections 7.2 and 7.3 thereof), all Executory Contracts (including, without limitation, those Executory Contracts identified as "to be rejected" on the list attached as Exhibit 2 to the Confirmation Order, and those otherwise expressly rejected under, and pursuant to the terms of, the Plan, including under Article VII thereof) have been rejected by the applicable Debtors, except those Executory Contracts that (a) have previously been assumed by an order of the Court, (b) are the subject of a motion to assume pending on the Confirmation Date, (c) are identified as "to be assumed" on the list attached as Exhibit 3 to the Confirmation Order, or (d) are otherwise expressly assumed under, and pursuant to the terms of, the Plan (including under Article VII thereof).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and the Confirmation Order, each non-Debtor party to any Executory Contract rejected under and pursuant to Article VII of the Plan shall be entitled to file, *not later than December 31, 2010*, a Proof of Claim against the applicable Debtor for alleged Rejection Claims. *If no such Proof of Claim for a Rejection Claim is timely filed against the applicable Debtor, any such Claim shall not be entitled to receive any distributions under the Plan on account thereof from the Debtors, the Reorganized Debtors, or their respective Estates or Assets.* Enclosed herewith for all parties listed on Exhibit 2 to the Confirmation Order as well as certain other parties is a form tailored for these Cases that should be utilized in connection with the filing of a Proof of Claim for any alleged Rejection Claim.

**PLEASE TAKE FURTHER NOTICE** that each Holder of an Administrative Claim incurred on and after October 2, 2010, through and including the Confirmation Date, other than DIP Facility Claims, Administrative Claims based upon Professional Fees, fees or charges asserted against the respective Estates under 28 U.S.C. § 1930, and post-Petition Date liabilities incurred or expenses arising in the ordinary course of the Debtors' respective businesses (including, but not limited to, vendor, employee wage and benefit, and state and local property, sales, and use taxes) *must file a request for payment on or before December 31, 2010 in order for such Administrative Claim to be eligible to be considered an Allowed Claim.*

**PLEASE TAKE FURTHER NOTICE** that all such alleged Administrative Claims or Proofs of Claim for alleged Rejection Claims *must actually be received* by the Debtors' Claims Agent, at either of the following addresses, on or before December 31, 2010: (i) if by mail: The Garden City Group, Inc., Attn: Orleans Homebuilders, Inc., P.O. Box 9405, Dublin, OH 43017, or (ii) if by messenger or overnight courier: The Garden City Group, Inc., Attn: Orleans Homebuilders, Inc., 5151 Blazer Parkway, Suite A, Dublin OH 43017.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Confirmation Order are on file with the Clerk of the United States Bankruptcy Court for the District of Delaware and may be reviewed during the Court's regular business hours or online or through the Court's website, www.deb.uscourts.gov, or the website maintained by the Debtors' Claims Agent, www.orleanshomesreorg.com.

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that copies of the Plan and the Confirmation Order may also be obtained free of charge by contacting the Debtors' Claims Agent, The Garden City Group, Inc., at (888) 215-9315.

Dated: December 1, 2010
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

_/s/_

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

- and -

CAHILL GORDON & REINDEL LLP

Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Email: jlevitin@cahill.com

*Attorneys for the Debtors and Debtors-in-Possession*