## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ORLEANS HOMEBUILDERS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-10684 (PJW) <br><br> Jointly Administered <br><br> **Re: Docket Nos. 2638 & 2656** |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF MODIFIED SECOND AMENDED JOINT PLAN OF REORGANIZATION AND DEADLINE TO FILE FINAL APPLICATIONS FOR PROFESSIONAL FEES

PLEASE TAKE NOTICE that, on February 14, 2011 (the "Effective Date"), the Modified Second Amended Joint Plan of Reorganization (the "Plan")[2] (Docket No. 2638) of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), which was confirmed by an order of the Bankruptcy Court dated December 1, 2010 (the "Confirmation Order") (Docket No. 2656), became effective in accordance with the provisions of the Plan and the Confirmation Order.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each of the Debtors' tax identification numbers, are: Orleans Homebuilders, Inc. (4323), Brookshire Estates, L.P. (8725), Community Management Services Group, Inc. (6620), Greenwood Financial Inc. (7510), Masterpiece Homes, LLC (1971), OHB Homes, Inc. (0973), OHI Financing, Inc. (6591), OHI PA GP, LLC (2675), OPCNC, LLC (8853), Orleans Arizona Realty, LLC (9174), Orleans Arizona, Inc. (2640), Orleans at Bordentown, LLC (4968), Orleans at Cooks Bridge, LLC (4185), Orleans at Covington Manor, LLC (9891), Orleans at Crofton Chase, LLC (8809), Orleans at East Greenwich, LLC (9814), Orleans at Elk Township, LLC (6891), Orleans at Evesham, LLC (7244), Orleans at Falls, LP (2735), Orleans at Hamilton, LLC (9679), Orleans at Harrison, LLC (4155), Orleans at Hidden Creek, LLC (3301), Orleans at Jennings Mill, LLC (4693), Orleans at Lambertville, LLC (0615), Orleans at Limerick, LP (7791), Orleans at Lower Salford, LP (9523), Orleans at Lyons Gate, LLC (2857), Orleans at Mansfield LLC (1498), Orleans at Maple Glen LLC (7797), Orleans at Meadow Glen, LLC (4966), Orleans at Millstone River Preserve, LLC (8810), Orleans at Millstone, LLC (8063), Orleans at Moorestown, LLC (9250), Orleans at Tabernacle, LLC (9927), Orleans at Thornbury, L.P. (4291), Orleans at Upper Freehold, LLC (3225), Orleans at Upper Saucon, L.P. (3715), Orleans at Upper Uwchlan, LP (8394), Orleans at Wallkill, LLC (2875), Orleans at West Bradford, LP (4161), Orleans at West Vincent, LP (9557), Orleans at Westampton Woods, LLC (8095), Orleans at Windsor Square, LP (9481), Orleans at Woolwich, LLC (9215), Orleans at Wrightstown, LP (9701), Orleans Construction Corp. (0893), Orleans Corporation (8770), Orleans Corporation Of New Jersey (5325), Orleans DK, LLC (5308), Orleans RHIL, LP (1938), Parker & Lancaster Corporation (1707), Parker & Orleans Homebuilders, Inc. (5269), Parker Lancaster, Tidewater, L.L.C. (7432), Realen Homes, L.P. (8293), RHGP LLC (8197), Sharp Road Farms Inc. (1871), Stock Grange, LP (4027), and Wheatley Meadows Associates (5459).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 13.7 of the Plan and paragraph 75 of the Confirmation Order, all final applications for Professional Fees for services rendered in connection with these Cases prior to and including the Confirmation Date (December 1, 2010) must be filed with the Bankruptcy Court not later than 90 days after the Effective Date (as 90 days after the Effective Date is a Sunday, the applications must be filed by Monday, May 16, 2011) for such claims for Professional Fees to be eligible to be considered an Allowed Claim under the Plan.

**PLEASE TAKE FURTHER NOTICE that, in accordance with Section 6.6(a) of the Plan and paragraph 86 of the Confirmation Order, as of the Effective Date, all outstanding Junior Subordinated Notes; Trust Preferred Securities; any and all notes issued in connection with the Revolving Credit Facility or the DIP Facility; the Guarantees; the Old OHB Common Stock and any other Interests in OHB; the Existing Stock Option Plans; and any other options, warrants, calls, subscriptions, or other similar rights or other agreements or commitments, contractual or otherwise, obligating any of the Debtors to issue, transfer, or sell any shares of Old OHB Common Stock or other Interest in OHB, will all be automatically canceled and deemed terminated, extinguished, and of no further force and effect without further act or action under any applicable agreement, law, regulation, order, or rule, and the Holders thereof or the parties thereto will have no rights, and such instruments or agreements will evidence no rights, except the right to receive the distributions (if any) to be made to the Holders of such instruments under the Plan.**

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 6.6 of the Plan and paragraph 88 of the Confirmation Order, **as of the Effective Date, all Operational Liens, other than any Reinstated Operational Liens, are deemed discharged, released, null and void, terminated, and of no force and effect. Other than with respect to any Reinstated Operational Liens, no Holder of any Operational Lien Claim is entitled to any distribution under the Plan unless and until such Holder has first executed and delivered a Lien Waiver to the Reorganized Debtors, in a form customarily utilized for such purposes that is satisfactory to the Reorganized Debtors, or otherwise caused its Operational Lien to be released to the satisfaction of the Reorganized Debtors,** including through the execution, delivery, and filing or recording of another Lien release document in form and substance that is satisfactory to the Reorganized Debtors or as otherwise requested by the Reorganized Debtors. Such Lien Waiver will be binding upon the applicable Operational Lien Claimholder in all respects. The Reorganized Debtors will be authorized to execute and deliver such documents, in the name and stead of the Holder of any Operational Lien that is not Reinstated, or take any other actions as may be reasonable, necessary, or appropriate (including, without limitation, filing termination statements and directing third parties holding collateral or other property of the Debtors to promptly remit such collateral or property without further consent of any other party) to effectuate the releases, discharges, and terminations of Operational Liens contemplated by the Plan, and, at their discretion, will be appointed as attorney-in-fact for the purposes of executing and/or filing any Lien Waiver or any other related or appropriate documents with any entity in order to effectuate the foregoing release, discharge, and termination of the applicable Operational Liens.

PLEASE TAKE FURTHER NOTICE that copies of the Disclosure Statement, the Plan, and the Confirmation Order are on file with the Clerk of the Bankruptcy Court and may be reviewed during the Court's regular business hours or online at http://www.deb.uscourts.gov/ (registered users) and at http://pacer.psc.uscourts.gov (unregistered users), and may also be obtained free of charge by contacting the Debtors' claims, notice, and balloting agent, The Garden City Group, Inc., at (888) 215-9315 or by visiting http://www.orleanshomesreorg.com.

Dated: February 14, 2011
     Wilmington, Delaware

**BLANK ROME LLP**

_____
Bonnie Glantz Fatell (No. 3809)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

CAHILL GORDON & REINDEL LLP
Joel H. Levitin
Stephen J. Gordon
Richard A. Stieglitz Jr.
Maya Peleg
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Email: jlevitin@cahill.com
Email: sgordon@cahill.com
Email: rstieglitz@cahill.com
Email: mpeleg@cahill.com

*Attorneys for the Reorganized Debtors*