Form 210A (10/06)

# United States Bankruptcy Court

District Of __DELAWARE__

In re __Orleans Homebuilders,__
__Inc., et. al.__                      Case No. __10-10684__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

First American Title Insurance
Company

_____
Name of Transferee

Artistic Southern, Inc. d/b/a
Southern Staircase

_____
Name of Transferor

Name and Address where notices to transferee
should be sent:
c/o Alan B. Powell &
    James C. Lanik
    P.O. Box 1550 High Point, NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): __1772*__
Amount of Claim: __$11, 249.32__
Date Claim Filed: __9 Aug. 2010__

Phone: __302-504-1497__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

* This Transfer of Claim transfers only that portion of Claim
No. 1772 which totals $11,249.32 and which relates to the following
properties:(i) Lot 16 Trinity Ridge;(ii) Lot 18 Trinity Ridge;
(iii) Lot 302 Weldon Ridge; and (iv) Lot 366 Weldon Ridge.

The assignor reserves the right to assert any new value coincidental
with the goods and services furnished in accordance with the
invoices comprising the assigned claim.

Form 210B (10/06)

# United States Bankruptcy Court

#### District Of <u>DELAWARE</u>

In re <u>Orleans Homebuilders, Inc., et. al.</u>,    Case No. <u>10-10684</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.<u>1772</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Artistic Southern, Inc.
d/b/a Southern Staircase
Name of Alleged Transferor

First American Title
Insurance Company
Name of Transferee

Address of Alleged Transferor:
c/o Adam Hiller, Esq.
Pinckney, Harris & Weidinger, LLC
Wilmington, DE 19801

Address of Transferee:
c/o Alan B. Powell &
James C. Lanik
P.O. Box 1550
High Point, NC 27261

#### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the Court, the transferee will be substituted as of the original claim without further Order of the Court.

Date:_____                          _____

**CLERK OF THE COURT**

**Creditor Detail**

**Creditor Name:** ARTISTIC SOUTHERN INC D/B/A

**Address:** SOUTHERN STAIRCASE, C/O PINCKNEY HARRIS & WEIDINGER LLC, ATTN ADAM HILLER, ESQUIRE, 1220 N MARKET ST, STE 950
WILMINGTON DE 19801

| Claim Detail | GCG #: 1023885 | Claim #: 1172 |
|---|---|---|

**Transferor Name:**

**Filed Date:** 08/09/10

**Amends Claim #(s):** 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404,

**Scheduled As:**

**Amended by Claim #:**

| | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|
| **Secured** | : | | $89,137.92 | |
| **Priority** | : | | | |
| **Administrative** | : | | | |
| **503(b)(9)** | : | | | |
| **Unsecured** | : | $85,265.40 | | |
| **Total** | : | $85,265.40 | $89,137.92 | |
| **Debtor** | : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>PARKER & ORLEANS HOMEBUILDERS, INC | Case No 10-10735 (PJW) (jointly adm<br>with Case Nos 10-10684 (PJW), *et seq* |
|---|---|

*NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

| name of creditor (person or other entity to whom the debtor owes money or property)<br>Artistic Southern, Inc d/b/a Southern Staircase | ☒ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br>Adam Hiller, Esquire<br>Pinckney, Harris & Weidinger LLC<br>1220 North Market Street Suite 950<br>Wilmington Delaware 19801<br><br>Telephone number  (302) 504-1497 | **Court Claim Number** _____<br>(If known)<br><br><br>Thirty claims filed on May 4, 2010 |
| Name and address where payment should be sent (if different from above)<br>**FILED - 01772**<br>**USBC, DISTRICT OF DELAWARE**<br>**ORLEANS HOMEBUILDERS, INC., ET AL**<br>**10-10684 (PJW)**<br><br>Telephone number | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach Copy of statement giving particulars<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case |

| 1 Amount of Claim as of Date Case Filed  At least $89,137 92 (see attached)<br><br>If all or part of your claim is secured, complete item 4 below, if all of your claim is unsecured  do not complete item 4<br><br>If all or part of your claim is entitled to priority  complete item 5<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges | 5. Amount of Claim Entitled to Priority under 11 U S C § 507(a)  If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of claim<br><br>☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B) |
|---|---|

| 2 Basis for Claim  Services, labor, and materials provided and not paid for, secured by perfected mechanics' liens.<br>(See instruction #2 on reverse side ) | ☐ Wages salaries, or commissions (up to $10,950*), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor s business, whichever is earlier – 11 U S C § 507(a)(4) |
|---|---|
| 3 Last four digits of any number by which creditor identifies debtor _____<br><br>3a Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side ) | |

| 4 Secured Claim (See instructions #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff    ☒ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe<br><br>Value of Property  $ Unknown _____  Annual Interest Rate _____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim.<br><br>If any $ Unknown ___    Basis for perfection  See attached _____<br><br>Amount of Secured Claim  At least $89,137 92 (see attached)    Amount Unsecured $  0 00 | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br><br>☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - U S C § 507(a)(7)<br><br>☐ Taxes or penalties of governmental units - 11 U S C § 507(a)(8)<br><br>☐ Other - Specify applicable paragraph of 11 U S C § 507(a) (___) |
|---|---|

| 6 Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim | |
|---|---|
| 7. Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices  itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  *(See definition of "redacted" on reverse side )*<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | **Amount entitled to priority**<br><br>$ 0.00 _____<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |

| Date:<br><br>8/5/10 | Signature:  The person filing this claim must sign it  Sign and print name and title, if any  of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br><br>Paul Minor, President / w/permission<br><br>Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571 | **FOR COURT USE ONLY** |
|---|---|---|

08-09-10 A11.29 IN