Form 210A (10/06)

# United States Bankruptcy Court

District Of DELAWARE

In re Orleans Homebuilders Inc., et. al.,

Case No. 10-10684

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First American Title Insurance Company | S.T. Perry & Son Landscaping, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Alan B. Powell &
James C. Lanik
P.O. Box 1550 High Point NC 27261

Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): 1044 *
Amount of Claim: $103,511.80
Date Claim Filed: _____

Phone: 919-269-2295
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____   Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\* This Transfer of claim transfers only that portion of Claim No. 1044 which totals $103,511.80 and which relates to the following properties:
  See Exhibit A attached hereto

EXHIBIT A

(i) Lot 74 Weldon Ridge
(ii) Lot 31 Weldon Ridge
(iii) Lot 307 Weldon Ridge
(iv) Lot 366 Weldon Ridge
(v) Lot 354 Weldon Ridge
(vi) Lot 302 Weldon Ridge
(vii) Lot 521 Weldon Ridge
(viii) Lot 604 Weldon Ridge
(ix) Lot 504 Weldon Ridge
(x) Lot 537 Weldon Ridge
(xi) Lot 539 Weldon Ridge
(xii) Lot 506 Weldon Ridge
(xiii) Lot 525 Weldon Ridge
(xiv) Lot 505 Weldon Ridge
(xv) Lot 526 Weldon Ridge
(xvi) Lot 508 Weldon Ridge
(xvii) Lot 538 Weldon Ridge
(xviii) Lot 517 Weldon Ridge
(xix) Lot 510 Weldon Ridge
(xx) Lot 509 Weldon Ridge
(xxi) Lot 533 Weldon Ridge
(xxii) Lot 38 Reynolds Mill
(xxiii) Lot 43 Reynolds Mill

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of __DELAWARE__

In re __Orleans Homebuilders, Inc., et al.__, Case No. __10-10684__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __1044__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

S.T. Perry & Sons Landscaping, Inc.
Name of Alleged Transferor

First American Title Insurance Company
Name of Transferee

Address of Alleged Transferor:
S.T. Perry & Sons Landscaping, Inc.
P.O. Box 1067, 2645 Jack Mitchell Rd.
Zebulon, NC 27597

Address of Transferee:
c/o Alan B. Powell &
James C. Lanik
P.O. Box 1550
High Point, NC 27261

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the Court, the transferee will be substituted as of the original claim without further Order of the Court.

Date:_____

_____
CLERK OF THE COURT

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Parker & Orleans Homebuilders, Inc. Case No 10-10735 | |  |

Select Debtor from Attachment A (List of Debtors) to complete this section

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503*

| Name of Creditor (the person or other entity to whom the debtor owes money or property) | |
|---|---|
| Name and address where notices should be sent<br>S.T. Perry & Sons Landscaping, Inc.<br>PO Box 1067, 2645 Jack Mitchell Road<br>Zebulon, NC 27597 | ☐ Check this box to indicate that this claim amends a claim previously filed in this chapter 11 proceeding<br><br>Court Claim Number _____<br>(If known)<br><br>Filed on _____ |
| Telephone number 919.269.2295<br>Email Address | |
| Name and address where payment should be sent (if different from above)<br>FILED - 01044<br>USBC, DISTRICT OF DELAWARE<br>ORLEANS HOMEBUILDERS, INC., ET AL<br>10-10684 (PJW)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars<br>☐ Check this box if you are the debtor or trustee in this case |

Stamp: THE GARDEN CITY GROUP, INC. JUL 15 2010

1. Total Amount of Claim as of Date Case Filed: $187,335.78

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item # 4
If all or part of your claim is entitled to priority, complete item # 5
If all or part of your claim is an administrative expense arising under 11 USC §503(b)(9), complete item #6
☐ Check this box if claim is filed by a governmental unit
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2. Basis for Claim **Provision of labor and materials**
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor _____
   3a Debtor may have scheduled account as _____

4. Secured Claim (See instruction #4 on reverse side)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information
   
   Nature of property or right of setoff  ☒ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
   Describe
   Value of Property $_____ Annual Interest Rate ___%
   Amount of arrearage and other charges as of time case filed included in secured claim,
   If any $_____  Basis for perfection _____
   Amount of Secured Claim $ 164,512.28  Amount Unsecured $ 22,823.50

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary (*See instruction # 7 and definition of "redacted" on reverse side*)

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING
If the documents are not available, please explain in an attachment

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim
☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 USC § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 USC § 507 (a)(7)
☐ Taxes or penalties owed to governmental units – 11 USC § 507 (a)(8)
☐ Other – Specify applicable paragraph of 11 USC § 507(a)(__)

Amount entitled to priority
$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any

Date 7-14-10
/s/ Stephen T. Perry

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571
Modified B10 (GCG)

**Creditor Detail**

Creditor Name: S T PERRY & SONS LANDSCAPING INC

Address: PO BOX 1067, 2645 JACK MITCHELL ROAD

ZEBULON NC 27597

**Claim Detail**

| GCG #: | 1234 | Claim #: | 1044 |

Transferor Name:

Filed Date: 07/15/10            Amends Claim #(s):

Scheduled As:                   Amended by Claim #:

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured | | | |
| Priority | | | |
| Administrative | | $164,512.28 | |
| 503(b)(9) | | | |
| Unsecured | $22,823.50 | | |
| Total | $187,335.78 | | |
| Debtor | Parker & Orleans Homebuilders, Inc. | | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.
"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.