B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Orleans Homebuilders, Inc.          ,          Case No. 10-10684

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First American Title Insurance Co. | Carolina Sunrock, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Alan B. Powell & James C. Lanik
  P.O. Box 1550 High Point, NC 27261

Court Claim # (if known): ___318*___
Amount of Claim: ___$217,916.06___
Date Claim Filed: ___04/15/2010___

Phone: 336-889-8733
Last Four Digits of Acct #: _____

Phone: 919-383-9431
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\* This Transfer of Claim transfers only that portion of Claim
  No. 318 which totals $20,000.000 ans which relates to the following
  properties referenced on Exhibit A attached hereto:



(i) Lot 302 The Estates at Weldon Ridge
(ii) Lot 366 The Estates at Weldon Ridge.
(iii) Lot 31 Southampton
(iv) Lot 505 The Arbor at Weldon Ridge
(v) Lot 506 The Arbor at Weldon Ridge
(vi) Lot 508 The Arbor at Weldon Ridge
(vii) Lot 509 The Arbor at Weldon Ridge
(viii) Lot 533 The Arbor at Weldon Ridge
(ix) Lot 604 The Arbor at Weldon Ridge
(x) Lot 43 Reynolds Mill

Form 210B (12/09)

# United States Bankruptcy Court

District Of DELAWARE

In re Orleans Homebuilders, Inc.,     Case No. 10-10684

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 318 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Carolina Sunrock, LLC

Name of Alleged Transferor

First American Title Insurance Co.

Name of Transferee

Address of Alleged Transferor:

c/o Ethan J. Fleischer, Esq.
Bugg & Wolf, P.A.
P.O. Box 2917
Durham, NC 27715

Address of Transferee:

c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550
High Point, NC 27261

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                                **CLERK OF THE COURT**

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

**Creditor[ID]:** 1020604    **Claim #:**

**Creditor Name:** CAROLINA SUNROCK LLC

**Address:** C/O ETHAN J FLEISCHER ESQ, BUGG & WOLF PA, PO BOX 2917
DURHAM NC 27715

**Transferor Name:**

**Filed Date:** 04/15/10    **Amends Claim #(s):**

**Scheduled As:** Contingent/Unliquidated/Disputed    **Amended by Claim #:**

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | $184,735.44 | |
| Priority : | | | |
| Administrative : | | | |
| 503(b)(9) : | | | |
| Unsecured : | Unknown | $33,180.62 | |
| Total : | Unknown | $217,916.06 | |
| Debtor : | Parker & Orleans Homebuilders, Inc. | Orleans Homebuilders, Inc. | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

### Creditor Details

**Creditor Name:** CAROLINA SUNROCK LLC

**Address:** C/O ETHAN J FLEISCHER ESQ, BUGG & WOLF PA, PO BOX 2917

DURHAM NC 27715

### Reconciliation Detail

| Basis | Relief | Status | Resolution | Reconciliation | | Adjourned | Resolution | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Date | Docket # | Date | Date | Docket # |
| Books & Records | Modify Amount | Objection Filed | | 05/13/11 | 3199 | | | |

Prepared by The Garden City Group, Inc.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Delaware | PROOF OF CLAIM |

Name of Debtor: Orleans Homebuilders, Inc
Case Number: 10-10684(PJW)

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

Name of Creditor (the person or other entity to whom the debtor owes money or property)
Carolina Sunrock LLC

Name and address where notices should be sent:
Carolina Sunrock LLC
c/o Ethan J Fleischer, Esq , Bugg & Wolf, P A , Post Office Box 2917, Durham, NC 27715

Telephone number: (919) 383-9431

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)
FILED - 00318
USBC, DISTRICT OF DELAWARE
ORLEANS HOMEBUILDERS, INC., ET AL
10-10684 (PJW)

[Stamp: APR 22 2010 - THE GARDEN CITY GROUP, INC]

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

1. **Amount of Claim as of Date Case Filed:** $ 217,916 06

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2. **Basis for Claim:** Labor, Equip, & Materials
(See instruction #2 on reverse side )

3. **Last four digits of any number by which creditor identifies debtor** _____

   3a Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side )

4. **Secured Claim** (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☑ Other
Describe: Funds Due Concrete Solutions of Raleigh, Inc

Value of Property $ _____ Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any $ _____ Basis for perfection: Claims of Lien

Amount of Secured Claim $ 184,735 44   Other Security $ 33,180 62

5. **Amount of Claim Entitled to Priority under 11 U S C §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U S C §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(__)

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. **Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

Date: 04/14/2010

Signature: The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

Ethan J Fleischer, Esq , Attorney for Carolina Sunrock LLC  [signature]

FOR COURT USE ONLY
[Stamp: BANKRUPTCY COURT DELAWARE AM 10 03]

*Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571*

