Form 210A (12/09)

# United States Bankruptcy Court

_____ District Of DELAWARE _____

In re Orleans Homebuilders, Inc. et. al. ,  Case No. 10-10684

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First American Title Insurance Company | Stock Building Supply, LLC and Coleman Floor Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550 High Point NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): 359
Amount of Claim: $927,091.68 *
Date Claim Filed: 04-29-10

Phone: 949-260-0611
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

* This Transfer of Claim transfers only that portion of the Claim No. 359 which totals $230,797.33 and which pertains to the following real property: See Exhibit A attached hereto

| Address | Lot/Subdivision | Property owner |
|---|---|---|
| 313 Reezy Lane Wake Forest NC 27587 | Lot 43 Reynolds Mill | Stantz, Michelle & Arlene Konkus |
| 1049 Revelwood Drive Matthews NC 28104 | Lot 6 Callonwood South | Rattrovo, Alfonso & Shelli |
| 112 Dumbledore Cary NC 27519 | Lot 521 Weldon Ridge | Bhaskaran, Deepak & Ramy Balan |
| 112 Dursley Way | Lot 509 Weldon Ridge | Xiang, Ling |
| 113 Dursley Way | Lot 505 Weldon Ridge | Punuru, Vani & Suneel Kumar Kommireddy |
| 116 Dursley Way | Lot 508 Weldon Ridge | Ranadive, Nilesh & Neha |
| 2017 Ollivander Drive | Lot 604 Weldon Ridge | Chamarthy, Srinivas & Krishnaveni |
| 204 Oak Harbor Lane Cary NC 27519 | Lot 31 Weldon Ridge | Zhong, Demin & Jie Luo |
| 2043 Weddington Lake Drive Weddington NC 28104 | Lot 100 Lake Forest Preserve | Koulsar, Roy & Barbara Tejada-Koulsar |
| 205 Bridle Boast Road Cary NC 27519 | Lot 354 Weldon Ridge | Zhou, Pei & Jia You |
| 211 Pathwood Lane Durham NC 27705 | Lot 18 Trinity Ridge | Giragos, John & Carol |
| 212 Pathwood Lane Durham NC 27705 | Lot 14 Trinity Ridge | Chang, Young Im & Seok-Yong Lee |
| 213 Pathwood Lane Durham NC 27705 | Lot 17 Trinity Ridge | Kendrick, Raymond Darryl |
| 215 Pathwood Lane Durham NC 27705 | Lot 16 Trinity Ridge | Ashworth, James & Caylan |
| 2464 Treeline Drive Concorde NC 28027 | Lot 26 Wellington Chase | Duncan, Liberty & Heather |
| 2501 Treeline Drive Concord NC 28027 | Lot 43 Wellington Chase | Ray, Jonathon Kevin |
| 4389 Foxfield Court Harrisburg NC 28075 | Lot 141 | Cuillard, Keith & Kirsten |
| 505 Crooked Pine Drive Cary NC 27519 | Lot 366 Weldon Ridge | Liu, Lili & Guojie Li |
| 506 Valleymeade Drive Durham NC 27713 | Lot 31 Southhampton | Jarrell, Stephen A. |
| 5252 Kindling Place Concord NC 28027 | Lot 84 Hearthwood | Ledbetter, David W. & LeeAnn |
| 602 Ivy Shaw Road, Morrisville NC 27560 | Lot 302 Weldon Ridge | Zhao, Ming & Zhenghzheng Jiang |
| 7198 Streamhaven Drive Harrisburg NC 28075 | Lot 27 Bridgepoint | Farrell, Howard & Helen |
| 7202 Streamhaven Drive Harrisburg NC 28075 | Lot 26 Bridge Pointe | Patel, Baiju & Ketaben |
| 7227 Streamhaven Drive Harrisburg NC 28075 | Lot 152 Bridge Pointe | Rodriguez, Michael & Jennifer |
| 7231 Streamhaven Drive Harrisburg NC 28075 | Lot 151 Bridge Pointe | Grey, Kevin & Ninetta Maria |
| 7235 Streamhaven Drive Harrisburg NC 28075 | Lot 139 Bridge Pointe | Pennell, Charles D. & Jennifer D. Love-Pennell |


EXHIBIT A

Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of DELAWARE

In re Orleans Homebuilders, Inc. et. al.,    Case No. 10-10684

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 359 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Stock Building Supply, LLC and Coleman Floor Company

Name of Alleged Transferor

Address of Alleged Transferor:

c/o Scott E. Blakeley, Esq.
4685 Macarthur Court
Suite 421
Newport Beach, CA 92660

First American Title Insurance Co.

Name of Transferee

Address of Transferee:

c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550
High Point, NC 27261

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

CLERK OF THE COURT

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

**Creditor Detail**

**Creditor Name:** STOCK BUILDING SUPPLY LLC AND COLEMAN

**Address:** FLOOR COMPANY, ATTN: SCOTT E BLAKELEY, ESQ, 4685 MACARTHUR CT STE 421
NEWPORT BEACH CA 92660

**Claim Detail**

**GCG #:** 572  **Claim #:** 359

**Transferor Name:**

**Filed Date:** 04/29/10  **Amends Claim #(s):**

**Scheduled As:**  **Amended by Claim #:**

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured | : | $927,091.68 | |
| Priority | : | | |
| Administrative | : | | |
| 503(b)(9) | : | | |
| Unsecured | : | | |
| Total | : | $927,091.68 | |
| Debtor | : | Orleans Homebuilders, Inc. | |

**Note:** Potential discrepancy on the face of the claim

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

Name of Debtor:
Orleans Homebuilders, Inc., et al.

Case Number:
10-10684

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Stock Building Supply, LLC and Coleman Floor Company

Name and address where notices should be sent:
Scott E. Blakeley, Esq
4685 MacArthur Court, Suite 421
Newport Beach, CA 92660

Telephone number:
(949) 260-0611

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: _____
(If known)

Filed on _____

[Stamp: THE GARDEN CITY GROUP, INC. APR 29 2010]

Name and address where payment should be sent (if different from above):

FILED - 00359
USBC, DISTRICT OF DELAWARE
ORLEANS HOMEBUILDERS, INC., ET AL
10-10684 (PJW)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

1. Amount of Claim as of Date Case Filed: $ See Addendum Attached

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges

2. Basis for Claim: Goods and Services
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side)

4. Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff: ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: Mechanics' Liens

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__)

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

FOR COURT USE ONLY

Date:
04/22/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any

[signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

65

ORIGINAL