Form 210B (10/06)

# United States Bankruptcy Court

District Of DELAWARE

In re Parker & Orleans Homebuilders, Inc.    Case No. 10-10735

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 601 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

| | |
|---|---|
| Advanced Flooring & Design LLC. | First American Title Insurance Company |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: c/o Ballard Sparh LLP Tobey M. Daluz, Esq. 919 N. Market Street, 12th Floor Wilmington, DE 19801 | Address of Transferee: c/o Alan B. Powell & James C. Lanik P.O. Box 1550 High Point N.C. 27261 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (10/06)

# United States Bankruptcy Court

_____ District Of DELAWARE

In re   Parker & Orleans Homebuilders Inc.   Case No.  10-10735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First American Title Insurance Company | Advanced Flooring & Design, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Alan B. Powell &
James C. Lanik
P.O. Box 1550 High Point NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): 601*
Amount of Claim: $49,540.17 *
Date Claim Filed: 5/28/2010

Phone: 302-252-4465
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: 29 Jun 2011
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

* This Transfer of Claim transfers only that portion of Claim No. 601 that represents the value of labor and materials supplied by Transferor for improvements to (i) Lot 237 Lawson, with a more specific address of 1209 Brough Hall Drive, Waxhaw, NC 28173, and (ii) Lot 82 Walnut Creek, having a property address of 3129 Cranberry Ridge Drive, High Point, NC 27265. The total amount of Claim No. 601 hereby transferred is $25,679.17. Transferee shall be entitled to a share of any proceeds paid to Transferor, in proportion that this amount bears to the total claim filed by Advanced Flooring & Design, LLC.

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

**Creditor Detail**

Creditor Name: ADVANCED FLOORING & DESIGN LLC

Address: C/O BALLARD SPAHR LLP, ATTN TOBEY M DALUZ, ESQ, 919 N MARKET STREET 12TH FLOOR
WILMINGTON DE 19801

**Claim Detail**

GCG #: 1022661   Claim #: 601

Transferor Name:

Filed Date: 05/28/10

Amends Claim #(s):

Amended by Claim #:

Scheduled As:

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | | |
| Priority : | | | |
| Administrative : | | | |
| 503(b)(9) : | | | |
| Unsecured : | $90,322.56 | $49,540.17 | |
| Total : | $90,322.56 | $49,540.17 | |
| Debtor : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

B10 (Official Form 10)(12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor
Parker & Orleans Homebuilders, Inc

Case Number 10-10735

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request of payment of an administrative expense may be filed pursuant to 11 U S C § 503*

Name of Creditor (the person or other entity to whom the debtor owes money or property)
Advanced Flooring & Design, LLC

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent
c/o Ballard Spahr LLP
Attention Tobey M Daluz, Esquire
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone number (302) 252-4465

Court Claim Number
(If known)

Filed on

[Stamp: THE GARDEN CITY GROUP, INC. MAY 28 2010]

Name and address where payment should be sent (if different from above)

FILED - 00601
USBC, DISTRICT OF DELAWARE
ORLEANS HOMEBUILDERS, INC , ET AL
10-10684 (PJW)

Telephone number

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

1 Amount of Claim as of Date Case Filed    $49,540 17

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority complete item 5

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim
Attach itemized statement of interest or charges  See Schedule A attached

2 Basis For Claim  Labor and Materials Provided
(See instruction #2 on reverse side )

3 Last four digits of any number by which creditor identifies debtor _____

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side )

4 Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff    ☐ Real Estate   ☐ Motor Vehicle   ☒ Other
Describe  Statutory Lien

Value of Property $49,540 17  Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $_____   Basis for perfection _____

Amount of Secured Claim $49,540 17   Amount Unsecured $_____

5 Amount of Claim Entitled to Priority under 11 U S C §507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -- 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan -- 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(__)

Amount entitled to priority

$_____

6 Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7 Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary *(See definition of "redacted" on reverse side )*

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| Date | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any | FOR COURT USE ONLY |
|---|---|---|
| 5/27/2010 | Joshua Edward Zugerman, Esq  /s/ | |

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571*