# United States Bankruptcy Court

District Of <u>DELAWARE</u>

In re <u>Orleans Homebuilders, Inc., et al.</u>,    Case No. <u>10-10684</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>1772</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>7/1/11</u> (date).

Artistic Southern, Inc.
d/b/a Southern Staircase
Name of Alleged Transferor

First American Title
Insurance Company
Name of Transferee

Address of Alleged Transferor:
c/o Adam Hiller, Esq.
Pinckney, Harris & Weidinger, LLC
Wilmington, DE 19801

Address of Transferee:
c/o Alan B. Powell &
James C. Lanik
P.O. Box 1550
High Point, NC 27261

---

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
       Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____

L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (10/06)

# United States Bankruptcy Court

District Of ___DELAWARE___

In re Orleans Homebuilders, Inc., et. al.

Case No. __10-10684__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

First American Title Insurance
Company

Name of Transferee

Artistic Southern, Inc. d/b/a
Southern Staircase

Name of Transferor

Name and Address where notices to transferee
should be sent:
c/o Alan B. Powell &
James C. Lanik
P.O. Box 1550 High Point, NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): _1772*_
Amount of Claim: $11, 249.32
Date Claim Filed: 9 Aug. 2010

Phone: 302-504-1497
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 29 Jun 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

* This Transfer of Claim transfers only that portion of Claim
  No. 1772 which totals $11,249.32 and which relates to the following
  properties:(i) Lot 16 Trinity Ridge;(ii) Lot 18 Trinity Ridge;
  (iii) Lot 302 Weldon Ridge; and (iv) Lot 366 Weldon Ridge.

The assignor reserves the right to assert any new value coincidental
with the goods and services furnished in accordance with the
invoices comprising the assigned claim.



**EXHIBIT A**

(i) Lot 302 The Estates at Weldon Ridge

(ii) Lot 366 The Estates at Weldon Ridge.

(iii) Lot 31 Southampton

(iv) Lot 505 The Arbor at Weldon Ridge

(v) Lot 506 The Arbor at Weldon Ridge

(vi) Lot 508 The Arbor at Weldon Ridge

(vii) Lot 509 The Arbor at Weldon Ridge

(viii) Lot 533 The Arbor at Weldon Ridge

(ix) Lot 604 The Arbor at Weldon Ridge

(x) Lot 43 Reynolds Mill

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

**Creditor Detail**

**Creditor Name:** ARTISTIC SOUTHERN INC D/B/A

**Address:** SOUTHERN STAIRCASE, C/O PINCKNEY HARRIS & WEIDINGER LLC, ATTN ADAM HILLER, ESQUIRE, 1220 N MARKET ST, STE 950
WILMINGTON DE 19801

**Claim Detail**

| Class: | Claim #: |
|---|---|
| | 022885 | 1/72 |

**Transferor Name:**

**Filed Date:** 08/09/10

**Amends Claim #(s):** 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404,

**Scheduled As:**

**Amended by Claim #:**

| | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|
| **Secured** | : | | $89,137.92 | |
| **Priority** | : | | | |
| **Administrative** | : | | | |
| **503(b)(9)** | : | | | |
| **Unsecured** | : | $85,265.40 | | |
| **Total** | : | $85,265.40 | $89,137.92 | |
| **Debtor** | : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

B10 (Official Form 10)(12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|
| Name of Debtor<br>PARKER & ORLEANS HOMEBUILDERS, INC | Case No 10-10735 (PJW) (jointly adm with Case Nos 10-10684 (PJW), et seq |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| | |
|---|---|
| name of creditor (person or other entity to whom the debtor owes money or property)<br>Artistic Southern, Inc d/b/a Southern Staircase | ☒ Check this box to indicate that this claim amends a previously filed claim |
| Name and address where notices should be sent<br>Adam Hiller, Esquire<br>Pinckney, Harris & Weidinger LLC<br>1220 North Market Street Suite 950<br>Wilmington Delaware 19801 | **Court Claim Number** _____<br>(If known) |
| Telephone number (302) 504-1497 | Thirty claims filed on May 4, 2010 |
| Name and address where payment should be sent (if different from above)<br>**FILED - 01772**<br>**USBC, DISTRICT OF DELAWARE**<br>**ORLEANS HOMEBUILDERS, INC., ET AL**<br>**10-10684 (PJW)**<br>Telephone number | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach Copy of statement giving particulars<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case |
| 1 Amount of Claim as of Date Case Filed At least $89,137 92 (see attached) | 5. Amount of Claim Entitled to Priority under 11 U S C §507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below, if all of your claim is unsecured do not complete item 4<br><br>If all or part of your claim is entitled to priority complete item 5 | |
| ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges | Specify the priority of claim<br><br>☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B) |
| 2 Basis for Claim Services, labor, and materials provided and not paid for, secured by perfected mechanics' liens.<br>(See instruction #2 on reverse side ) | |
| 3 Last four digits of any number by which creditor identifies debtor _____<br><br>3a Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side ) | ☐ Wages salaries, or commissions (up to $10,950*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor s business, whichever is earlier – 11 U S C § 507(a)(4) |
| 4 Secured Claim (See instructions #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff ☒ Real Estate ☐ Motor Vehicle ☐ Other<br>Describe<br><br>Value of Property $ Unknown                    Annual Interest Rate _____ %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>If any $ Unknown     Basis for perfection See attached<br><br>Amount of Secured Claim At least $89,137 92 (see attached)   Amount Unsecured $ 0.00 | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br><br>☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - U S C § 507(a)(7)<br><br>☐ Taxes or penalties of governmental units - 11 U S C § 507(a)(8)<br><br>☐ Other - Specify applicable paragraph of 11 U S C § 507(a) (___) |
| 6 Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim | |
| 7. Documents Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See definition of 'redacted' on reverse side )<br><br>DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br><br>If the documents are not available, please explain | **Amount entitled to priority**<br><br>$ 0.00<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |

| Date:<br>8/5/10 | Signature: The person filing this claim must sign it Sign and print name and title, if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any<br><br>Paul Mior, President /w/permission<br><br>Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571 | FOR COURT USE ONLY<br><br>THE GARDEN CITY GROUP INC<br>AUG 9 2010 |

08-09-10 A11.29 IN