Form 210B (12/09)

# United States Bankruptcy Court

District Of DELAWARE

In re Parker & Orleans Homebuilders, Inc.,    Case No. 10-10735

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1286 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

| Weather Master Heating & Air Conditioning Company | First American Title Insurance Co. |
|---|---|
| **Name of Alleged Transferor** | **Name of Transferee** |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Philip W. Paine, Esq.<br>Howard, Stallings, From & Hutson, P.A.<br>P.O. Box 12347<br>Raleigh, NC 27605 | c/o Alan B. Powell & James C. Lanik<br>Roberson Haworth & Reese PLLC<br>P.O. Box 1550<br>High Point, NC 27261 |

~~~DEADLINE TO OBJECT TO TRANSFER~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (12/09)

# United States Bankruptcy Court

_____ District Of DELAWARE _____

In re Parker & Orleans Homebuilders, Inc.,    Case No. 10-10735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

First American Title Insurance Company
**Name of Transferee**

Name and Address where notices to transferee
should be sent: c/o Alan B. Powell
& James C. Lanik
P.O. Box 1550
High Point, NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Weather Master Heating & Air Conditioning Company
**Name of Transferor**

Court Claim # (if known): 1286
Amount of Claim: $375.00
Date Claim Filed: 08-04-10

Phone: 919-821-7700
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *signature*    Date: 29 Jun 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |

**Name of Debtor**
PARKER & ORLEANS HOMEBUILDERS, INC

**Case Number**
10-10735

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property)
WEATHER MASTER HEATING & AIR CONDITIONING COMPANY

**Name and address where notices should be sent:**
Philip W Paine, Esq., Howard, Stallings, From & Hutson, P A
P O Box 12347, Raleigh, NC 27605

**Telephone number**
(919) 821-7700

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

[Stamp: THE GARDEN CITY GROUP INC, AUG 4 2010]

**Name and address where payment should be sent (if different from above)**
FILED - 01286
USBC, DISTRICT OF DELAWARE
ORLEANS HOMEBUILDERS, INC., ET AL
10-10684 (PJW)

**Telephone number:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 375.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Money Owed
(See instruction #2 on reverse side)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side)

4. **Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:** Lot 307 Weldon Ridge PH2B-A BM2007-661 612 Ivyshaw Road, Cary NC

**Value of Property:** $_____  **Annual Interest Rate:** ____%

Amount of arrearage and other charges as of time case filed included in secured claim,

**If any:** $_____  **Basis for perfection:** Claim of Lien

**Amount of Secured Claim:** $ 375.00  **Amount Unsecured:** $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**FOR COURT USE ONLY**

**Date:** 08/02/2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Philip W Paine, Attorney [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

### Creditor Detail

**Creditor Name:** WEATHER MASTER HEATING &
**Address:** AIR CONDITIONING COMPANY, PHILIP W PAINE, HOWARD STALLINGS ET AL, PO BOX 12347
RALEIGH NC 27605

### Claim Detail

**GCG #:** 1507 **Claim #:** 1286

**Transferor Name:**

**Filed Date:** 08/04/10          **Amends Claim #(s):**

**Scheduled As:**                 **Amended by Claim #:**

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | | |
| Priority : | | | |
| Administrative : | | | |
| 503(b)(9) : | | | |
| Unsecured : | | | |
| Total : | | $375.00 | |
| Debtor : | | Parker & Orleans Homebuilders, Inc. | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.
"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

- Home
- Claims Register/
  Creditor Search
- Client Login

**Search By :** Creditor Name | Starts With | weather master | Find

1 - 30 Of 30 Records

| GCG # | Claim # | Filed Date | Creditor Name | Scheduled Amount | Cla |
|---|---|---|---|---|---|
| 1506 | 1285 | 08/04/10 | WEATHER MASTER HEATING & | | |
| 1507 | 1286 | 08/04/10 | WEATHER MASTER HEATING & | | |
| 1508 | 1287 | 08/04/10 | WEATHER MASTER HEATING & | | |
| 1509 | 1288 | 08/04/10 | WEATHER MASTER HEATING & | | |
| 1510 | 1289 | 08/04/10 | WEATHER MASTER HEATING & | | |
| 1511 | 1290 | 08/04/10 | WEATHER MASTER HEATING & | $11,046.50 | |
| 1512 | 1291 | 08/04/10 | WEATHER MASTER HEATING & | | |
| 1513 | 1292 | 08/04/10 | WEATHER MASTER HEATING & | | |

**Creditor Detail**

Creditor Name
:
WEATHER MASTER HEATING &

Address
:
AIR CONDITIONING COMPANY, PHILIP W PAINE, HOWARD STALLINGS ET AL, PO BOX 12347

RALEIGH NC 27605

**Claim Detail**   GCG #: 1507   Claim #: 1286   View Claim Image

Transferor Name
:

Filed Date
:
08/04/10

Amends Claim # (s)
:

Scheduled As
:

Amended by Claim #
:

|  | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured |  | $375.00 |  |
| Priority |  |  |  |
| Administrative |  |  |  |
| 503(b)(9) |  |  |  |
| Unsecured |  |  |  |
| Total |  | $375.00 |  |
| Debtor |  | Parker & Orleans Homebuilders, Inc. |  |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed a are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allow amounts are independent of the allowed Admin amounts.

**⊞ Reconciliation Detail**

All claimants on the claims register may be found through the above search. If you wish to receive the official Claims Register or have any questions concerning this case, please contact orleanshomesinfo@gardencitygroup.com

© 2010 The Garden City Group, Inc. - All Rights Reserved
orl v2.7 (bnk 3.7.3) ohprd1