Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of __DELAWARE__

In re Parker & Orleans Homebuilders Inc., Case No. 10-10735

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1519 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

| USA Drywall, Inc. | First American Title Insurance Company |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>c/o Chad A. Sharkey<br>Smith Debnam Narron Drake Santsing<br>& Meyers, LLP<br>P.O. Box 26268, Raleigh NC 27611 | Address of Transferee:<br>c/o Alan B. Powell &<br>James C. Lanik<br>P.O. Box 1550<br>High Point, NC 27261 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (10/06)

# United States Bankruptcy Court

District Of __DELAWARE__

In re Parker & Orleans Homebuilders Inc. Case No. __10-10735__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

First American Title Insurance Company
Name of Transferee

USA Drywall, Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Alan B. Powell and James C. Lanik
P.O. Box 1550 High Point, NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): __1519*__
Amount of Claim: __$434,877.72*__
Date Claim Filed: __8/6/2010__
Phone: 919-250-2000
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: __29 Jun 2011__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*This transfer of Claim transfers only that portion of Claim No. 1519 which totals $149,672.77 and which relates to the following properties: SEE ATTACHED EXHIBIT A



(i) Lot 16 Trinity Ridge
(ii) Lot 521 Weldon Ridge
(iii) Lot 604 Weldon Ridge
(iv) Lot 14 Trinity Ridge
(v) Lot 504 Weldon Ridge
(vi) Lot 18 Trinity Ridge
(vii) Lot 539 Weldon Ridge
(viii) Lot 31 Southampton
(ix) Lot 366 Weldon Ridge
(x) Lot 506 Weldon Ridge
(xi) Lot 34 Southampton
(xii) Lot 525 Weldon Ridge
(xiii) Lot 505 Weldon Ridge
(xiv) Lot 508 Weldon Ridge
(xv) Lot 538 Weldon Ridge
(xvi) Lot 43 Reynolds Mill
(xvii) Lot 517 Weldon Ridge
(xviii) Lot 510 Weldon Ridge
(xix) Lot 509 Weldon Ridge
(xx) Lot 302 Weldon Ridge
(xxi) Lot 354 Weldon Ridge

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

**Creditor Detail**

Creditor Name: USA DRYWALL, INC.

Address: ATTN CHAD A SHARKEY, SMITH DEBNAM NARRON DRAKE ET AL, PO BOX 26268
RALEIGH NC 27611

**Claim Details** GCG #: 1023074 Claim #: 1519

Transferor Name:

Filed Date: 08/06/10  Amends Claim #(s):

Scheduled As:  Amended by Claim #:

| | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|
| Secured | : | | $82,528.88 | |
| Priority | : | | | |
| Administrative | : | | | |
| 503(b)(9) | : | | | |
| Unsecured | : | $351,831.38 | $352,348.84 | |
| Total | : | $351,831.38 | $434,877.72 | |
| Debtor | : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. | |

Note: Potential discrepancy on the face of the claim

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

| | | |
|---|---|---|
| 01014305<br>ORL0208269962 |  |  |

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor Parker & Orleans Homebuilders, Inc. Case No. 10-10735<br>Select Debtor from Attachment A (List of Debtors) to complete this section | | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (the person or other entity to whom the debtor owes money or property) USA DRYWALL, INC | | |
|---|---|---|
| Name and address where notices should be sent<br><br>Chad A. Sharkey<br>Smith Debnam Narron Drake Saintsing & Myers, LLP<br>PO Box 26268<br>Raleigh, NC 27611<br>Telephone number 919-250-2000  csharkey@smithdebnamlaw.com<br>Email Address | ☐ Check this box to indicate that this claim amends a claim previously filed in this chapter 11 preceeding<br><br>Court Claim Number:_____<br>(If known)<br><br>Filed on _____ | FILED - 01519<br>USBC, DISTRICT OF DELAWARE<br>ORLEANS HOMEBUILDERS, INC., ET AL<br>10-10684 (PJW) |
| Name and address where payment should be sent (if different from above)<br><br>THE GARDEN GROUP, INC<br>AUG 6 2010<br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case | |

| 1  Total Amount of Claim as of Date Case Filed $ 434,877.72 | 5. Amount of Claim Entitled to Priority under 11 U.S.C § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|
| If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item # 4<br>If all or part of your claim is entitled to priority, complete item # 5<br>If all or part of your claim is an administrative expense arising under 11 U S C §503(b)(9), complete item #6<br>☐ Check this box if claim is filed by a governmental unit<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | Specify the priority of the claim |
| 2. Basis for Claim.  ~~labor and materials~~ provided<br>(See instruction #2 on reverse side ) | ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B) |
| 3. Last four digits of any number by which creditor identifies debtor. 32436<br>3a Debtor may have scheduled account as·_____<br>(See instruction #3a on reverse side ) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4) |
| 4. Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br>Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other<br>Describe:<br>Value of Property $ unknown  Annual Interest Rate ___%<br>Amount of arrearage and other charges as of time case filed Included in secured claim,<br>If any $ N/A  Basis for perfection  statutory mechanic's lien<br>Amount of Secured Claim $ 82,528.88  Amount Unsecured $ 342,128.74 | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a)(7)<br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a)(8)<br>☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__) |
| 6 Credits· The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br>7. Documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction # 7 and definition of "redacted" on reverse side )<br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br>If the documents are not available, please explain in an attachment | Amount entitled to priority.<br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| Date 8/5/10  Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br><br>_[signature]_  Chad A. Sharkey, attorney for USA Drywall, Inc. | FOR COURT USE ONLY |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG)