Form 210B (12/09)

# United States Bankruptcy Court

District Of DELAWARE

In re Orleans Homebuilders, Inc. et. al.,   Case No. 10-10684

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 359 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

Stock Building Supply, LLC and Coleman Floor Company

Name of Alleged Transferor

Address of Alleged Transferor:

c/o Scott E. Blakeley, Esq.
4685 Macarthur Court
Suite 421
Newport Beach, CA 92660

First American Title Insurance Co.

Name of Transferee

Address of Transferee:

c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550
High Point, NC 27261

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (12/09)

# United States Bankruptcy Court

_____ District Of DELAWARE _____

In re  Orleans Homebuilders, Inc. et. al.  ,    Case No. 10-10684 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

First American Title Insurance Company
**Name of Transferee**

Stock Building Supply, LLC and Coleman Floor Company
**Name of Transferor**

Name and Address where notices to transferee should be sent: c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550 High Point NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): 359
Amount of Claim: $927,091.68 *
Date Claim Filed: 04-29-10

Phone: 949-260-0611
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: 29 Jun 2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

* This Transfer of Claim transfers only that portion of the Claim No. 359 which totals $230,797.33 and which pertains to the following real property: See Exhibit A attached hereto

| Address | Lot/Subdivision | Property owner |
|---|---|---|
| 313 Reezy Lane Wake Forest NC 27587 | Lot 43 Reynolds Mill | Stantz, Michelle & Arlene Konkus |
| 1049 Revelwood Drive Matthews NC 28104 | Lot 6 Callonwood South | Rattrovo, Alfonso & Shelli |
| 112 Dumbledore Cary NC 27519 | Lot 521 Weldon Ridge | Bhaskaran, Deepak & Ramy Balan |
| 112 Dursley Way | Lot 509 Weldon Ridge | Xiang, Ling |
| 113 Dursley Way | Lot 505 Weldon Ridge | Punuru, Vani & Suneel Kumar Kommireddy |
| 116 Dursley Way | Lot 508 Weldon Ridge | Ranadive, Nilesh & Neha |
| 2017 Ollivander Drive | Lot 604 Weldon Ridge | Chamarthy, Srinivas & Krishnaveni |
| 204 Oak Harbor Lane Cary NC 27519 | Lot 31 Weldon Ridge | Zhong, Demin & Jie Luo |
| 2043 Weddington Lake Drive Weddington NC 28104 | Lot 100 Lake Forest Preserve | Koulsar, Roy & Barbara Tejada-Koulsar |
| 205 Bridle Boast Road Cary NC 27519 | Lot 354 Weldon Ridge | Zhou, Pei & Jia You |
| 211 Pathwood Lane Durham NC 27705 | Lot 18 Trinity Ridge | Giragos, John & Carol |
| 212 Pathwood Lane Durham NC 27705 | Lot 14 Trinity Ridge | Chang, Young Im & Seok-Yong Lee |
| 213 Pathwood Lane Durham NC 27705 | Lot 17 Trinity Ridge | Kendrick, Raymond Darryl |
| 215 Pathwood Lane Durham NC 27705 | Lot 16 Trinity Ridge | Ashworth, James & Caylan |
| 2464 Treeline Drive Concorde NC 28027 | Lot 26 Wellington Chase | Duncan, Liberty & Heather |
| 2501 Treeline Drive Concord NC 28027 | Lot 43 Wellington Chase | Ray, Jonathon Kevin |
| 4389 Foxfield Court Harrisburg NC 28075 | Lot 141 | Cuillard, Keith & Kirsten |
| 505 Crooked Pine Drive Cary NC 27519 | Lot 366 Weldon Ridge | Liu, Lili & Guojie Li |
| 506 Valleymeade Drive Durham NC 27713 | Lot 31 Southhampton | Jarrell, Stephen A. |
| 5252 Kindling Place Concord NC 28027 | Lot 84 Hearthwood | Ledbetter, David W. & LeeAnn |
| 602 Ivy Shaw Road, Morrisville NC 27560 | Lot 302 Weldon Ridge | Zhao, Ming & Zhenghzheng Jiang |
| 7198 Streamhaven Drive Harrisburg NC 28075 | Lot 27 Bridgepoint | Farrell, Howard & Helen |
| 7202 Streamhaven Drive Harrisburg NC 28075 | Lot 26 Bridge Pointe | Patel, Baiju & Ketaben |
| 7227 Streamhaven Drive Harrisburg NC 28075 | Lot 152 Bridge Pointe | Rodriguez, Michael & Jennifer |
| 7231 Streamhaven Drive Harrisburg NC 28075 | Lot 151 Bridge Pointe | Grey, Kevin & Ninetta Maria |
| 7235 Streamhaven Drive Harrisburg NC 28075 | Lot 139 Bridge Pointe | Pennell, Charles D. & Jennifer D. Love-Pennell |



EXHIBIT A