Form 210B (12/09)

# United States Bankruptcy Court

District Of DELAWARE

In re Parker & Orleans Homebuilders, Inc.,     Case No. 10-10735

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1525 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

Speedway Plumbing, Inc.
Name of Alleged Transferor

First American Title Insurance Co.
Name of Transferee

Address of Alleged Transferor:

c/o William F. Hamel, Attorney
The Hamel Law Firm, P.A.
8008 Corporate Center Drive, Suite 208
Charlotte, NC 28226

Address of Transferee:

c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550
High Point, NC 27261

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (12/09)

# United States Bankruptcy Court

## District Of DELAWARE

In re Parker & Orleans Homebuilders, Inc. , Case No. 10-10735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First American Title Insurance Company | Speedway Plumbing, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: c/o Alan B. Powell & James C. Lanik Roberson Haworth & Reese PLLC P.O. Box 1550 High Point, NC 27261

Court Claim # (if known): 1525*
Amount of Claim: $150,564.66
Date Claim Filed: 08-06-10

Phone: 336-889-8733
Last Four Digits of Acct #: _____

Phone: 704-542-1648
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____ Transferee/Transferee's Agent    Date: 29 Jun 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

* This Transfer of Claim transfers only that portion of Claim No. 1525 which totals $13,578.35 and which relates to the following properties: (i) Lot 27 BRidge Pointe/7200 Streamhaven Drive; and (ii) Lot 47 Wellington Chase/9170 Marasol Lane.

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

### Creditor

**Creditor Name:** SPEEDWAY PLUMBING INC
**Address:** C/O THE HAMEL LAWFIRM PA, ATTN WILLIAM F HAMEL ATTORNEY, 8008 CORPORATE CENTER DR SUITE 208
CHARLOTTE NC 28226

### Claim Detail

**GCG #:** 1023905  **Claim #:** 1525

**Transferor Name:**

**Filed Date:** 08/06/10  **Amends Claim #(s):**

**Scheduled As:**  **Amended by Claim #:**

|  | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : |  | $78,054.73 |  |
| Priority : |  |  |  |
| Administrative : |  | $7,181.26 |  |
| 503(b)(9) : |  |  |  |
| Unsecured : | $123,414.87 | $65,328.67 |  |
| Total : | $123,414.87 | $150,564.66 |  |
| Debtor : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. |  |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Parker & Orleans Home Builders, Inc. Case No. 10-10735, Chapter 11<br>Select Debtor from Attachment A (List of Debtors) to complete this section | |  |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property) Speedway Plumbing, Inc. | |
|---|---|
| Name and address where notices should be sent:<br>Speedway Plumbing, Inc.<br>c/o William F. Hamel, Attorney<br>The Hamel LawFirm, P.A.<br>8008 Corporate Center Drive, Suite 208<br>Charlotte, NC 28226<br><br>Telephone number 704-542-1648<br>Email Address billhamel@thehamellawfirm.com | ☐ Check this box to indicate that this claim amends a claim previously filed in this chapter 11 proceeding<br><br>Court Claim Number _____<br>(If known)<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br>FILED - 01525<br>USBC, DISTRICT OF DELAWARE<br>ORLEANS HOMEBUILDERS, INC., ET AL<br>10-10684 (PJW)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |

1. Total Amount of Claim as of Date Case Filed   $150,564.66

If all or part of your claim is secured complete item 4 below however if all of your claim is unsecured do not complete item # 4
If all or part of your claim is entitled to priority complete item # 5
If all or part of your claim is an administrative expense arising under 11 U S C §503(b)(9) complete item #6

☐ Check this box if claim is filed by a governmental unit
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2. Basis for Claim  **Work, Labor & Materials to the work sites.**
(See instruction #2 on reverse side )

3. Last four digits of any number by which creditor identifies debtor   0800

3a. Debtor may have scheduled account as _____
(See instruction #3a on reverse side )

4. Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe

Value of Property $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any, $_____   Basis for perfection  **Filed Liens Attached**

Amount of Secured Claim  $78,054.73    Amount Unsecured  $65,328.67

**$7,181.26 owed for work done recently post bankruptcy. See Attached Schedules.**

6. Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents Attach redacted copies of any documents that support the claim such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain in an attachment

| 5 | Amount of Claim Entitled to Priority under 11 U.S.C § 507(a)<br>If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|
| | Specify the priority of the claim<br>☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)<br>☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U S C § 507(a)(4)<br>☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br>☐ Up to $2,425* of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U S C § 507 (a)(7)<br>☑ Taxes or penalties owed to governmental units – 11 U S C § 507 (a)(8)<br>☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)<br><br>Amount entitled to priority<br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |

Date 8/4/10

Signature: The person filing this claim must sign it. Sign and print name and title if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney if any.

BY: [signature]

John Anderson, *Contracts Manager*
/Bryan Huneycutt, President

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571*
Modified B10 (GCG)