Form 210B (12/09)

# United States Bankruptcy Court

District Of DELAWARE

In re Parker & Orleans Homebuilders, Inc.,     Case No. 10-10735

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1474 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

Dogwood Landscaping & Design, Inc.

Name of Alleged Transferor

Address of Alleged Transferor:

c/o Pat A. Cook, Esq.
P.O. Box 19866
Raleigh, NC 27619

First American Title Insurance Co.

Name of Transferee

Address of Transferee:

c/o Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550
High Point, NC 27261

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

Form 210A (12/09)

# United States Bankruptcy Court

_____ District Of DELAWARE _____

In re Parker & Orleans Homebuilders, Inc. , Case No. 10-10735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

First American Title Insurance Company
Name of Transferee

Dogwood Landscaping and Design, Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:
Alan B. Powell & James C. Lanik
Roberson Haworth & Reese PLLC
P.O. Box 1550 High Point, NC 27261
Phone: 336-889-8733
Last Four Digits of Acct #: _____

Court Claim # (if known): 1474*
Amount of Claim: $114,406.45*
Date Claim Filed: 08/06/10
Phone: 919-782-6155
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 29 Jun 2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*This Transfer of Claim transfers only that portion of the Claim No.1474 which totals $45,760.70 and which relates to the following properties: See Exhibit A attached hereto



(i) Southhampton Lot #17, 211 Rockywalk Court
(ii) Trinity Ridge Lot #14, 212 Pathwood Lane
(iii) Trinity Ridge Lot #7, 3300 Rolling Hill Road
(iv) Trinity Ridge Lot #18, 211 Pathwood Lane
(v) Southampton Lot # 2, 7910 Herndon Road
(vi) Southampton Lot #31, 506 Valleymeade Drive
(vii) Trinity Ridge Lot #17, 213 Pathwood Lane
(viii) Southhampton Lot # 43, 507 Valleymede Drive
(ix) Southampton Lot #34, 512 Valleymede Drive



(i) Southhampton Lot #17, 211 Rockywalk Court
(ii) Trinity Ridge Lot #14, 212 Pathwood Lane
(iii) Trinity Ridge Lot #7, 3300 Rolling Hill Road
(iv) Trinity Ridge Lot #18, 211 Pathwood Lane
(v) Southampton Lot # 2, 7910 Herndon Road
(vi) Southampton Lot #31, 506 Valleymeade Drive
(vii) Trinity Ridge Lot #17, 213 Pathwood Lane
(viii) Southhampton Lot # 43, 507 Valleymede Drive
(ix) Southampton Lot #34, 512 Valleymede Drive

01G11857
ORL0208137945

 

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor Parker & Orleans Homebuilders, Inc.   Case No 10-10735
Select Debtor from Attachment A (List of Debtors) to complete this section

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property) DOGWOOD LANDSCAPING & DESIGN, INC

Name and address where notices should be sent

Pat A. Cook
Attorney for Dogwood Landscaping & Design, Inc.
P.O. Box 19866
Raleigh, NC 27619

☐ Check this box to indicate that this claim amends a claim previously filed in this chapter 11 preceeding

Court Claim Number _____
(If known)

Filed on _____

Telephone number (919) 782-6155
Email Address pcook@williamblacklaw.com

Name and address where payment should be sent (if different from above)

FILED - 01474
USBC, DISTRICT OF DELAWARE
ORLEANS HOMEBUILDERS, INC., ET AL
10-10684 (PJW)

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

1. Total Amount of Claim as of Date Case Filed   $ 114,406.45

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item # 4
If all or part of your claim is entitled to priority, complete item # 5
If all or part of your claim is an administrative expense arising under 11 U S C §503(b)(9), complete item #6
☐ Check this box if claim is filed by a governmental unit
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2. Basis for Claim: __services/materials__
(See instruction #2 on reverse side)

3 Last four digits of any number by which creditor identifies debtor: _____

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

4 Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff.  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe

Value of Property $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any. $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured $_____

[Stamp: THE GARDEN CITY GROUP, INC. AUG 6 2010]

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

Amount entitled to priority
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction #7 and definition of "redacted" on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING
If the documents are not available, please explain in an attachment

| Date 8/5/2010 | Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

Pat A. Cook - attorney in fact | FOR COURT USE ONLY |

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571
Modified B10 (GCG)

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

### Creditor Detail

**Creditor Name:** DOGWOOD LANDSCAPING & DESIGN, INC.

**Address:** ATTN PAT A COOK, ATTORNEY, DOGWOOD LANDSCAPING & DESIGN, PO BOX 19866
RALEIGH NC 27619

### Claim Detail

**GCG #:** 1022779    **Claim #:** 1474

**Transferor Name:**

**Filed Date:** 08/06/10

**Scheduled As:**

**Amends Claim #(s):**

**Amended by Claim #:**

| | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | | |
| Priority : | | | |
| Administrative : | | | |
| 503(b)(9) : | | | |
| Unsecured : | $116,968.20 | $114,406.45 | |
| Total : | $116,968.20 | $114,406.45 | |
| Debtor : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. | |

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.