Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of Delaware _____

In re Parker & Orleans Homebuilders, Inc.,    Case No. 10-10735

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1158 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/1/11 (date).

| | |
|---|---|
| Custom Home Exteriors, Inc. | First American Title Insurance Company |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 1001 Corporation Parkway<br>Suite 112<br>Raleigh, NC 27610 | c/o Alan B. Powell &<br>James C. Lanik<br>P.O. Box 1550<br>High Point, NC 27261 |

~~~~~~DEADLINE TO OBJECT TO TRANSFER~~~~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: July 1, 2011
Wilmington, Delaware

FOX ROTHSCHILD LLP

By: _____
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 654-7444

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Parker & Orleans Homebuilders, Inc.                     Case No. 10-10735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| First American Title Insurance Company | Custom Home Exteriors, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Alan B. Powell & James C. Lanik
P.O. Box 1550 High Point, NC 27261

Court Claim # (If known): __1158*__
Amount of Claim: $115,193.28*
Date Claim Filed: __07/26/2010__

Phone: 336-889-8733
Last Four Digits of Acct #: _____

Phone: 919-231-7433
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 29 Jun 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*This Transfer of Claim transfers only that portion of Claim No.1158 that represents the value of labor and materials supplied by the Transferor for improvements to (i) Lot 38 Reynolds Mill, with a more specific address of 316 Reezy Lane; and (ii) Lot 354 Weldon Ridge, with a more specific address of 205 Bridle Boast; and (iii) Lot 43 Reynolds Mill, with a more specific address of 313 Reezy Lane; and (iv) Lot 366 Weldon Ridge, with a more specific address of 505 Crooked Pine. The total amount of Claim No. 1158 hereby transferred is $42,196.15.

# ORLEANS HOMEBUILDERS, INC., ET AL.

## Claims Register Report

### Creditor Detail

**Creditor Name:** CUSTOM HOME EXTERIORS INC

**Address:** 1001 COPORATION PARKWAY, SUITE 112
RALEIGH NC 27610

### Claim Detail

**GCG #:** 1022764  **Claim #:** 1158  **Amends Claim #(s):**

**Transferor Name:**

**Filed Date:** 07/26/10  **Amended by Claim #:**

**Scheduled As:**

|  | Scheduled | Claimed | Allowed |
|---|---|---|---|
| Secured : | | | |
| Priority : | | | |
| Administrative : | | | |
| 503(b)(9) : | | | |
| Unsecured : | $116,061.28 | $115,193.28 | |
| Total : | $116,061.28 | $115,193.28 | |
| Debtor : | Parker & Orleans Homebuilders, Inc. | Parker & Orleans Homebuilders, Inc. | |

**Note:** Potential discrepancy on the face of the claim

"Claimed" 503(b)(9) amounts are included in the "Claimed" Admin amounts. The 503(b)(9) claimed amounts are a subset of the claimed Admin amounts.

"Allowed" 503(b)(9) amounts are not included in the "Allowed" Admin amounts. The 503(b)(9) allowed amounts are independent of the allowed Admin amounts.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|



Name of Debtor Parker & Orleans Homebuilders, Inc.   Case No. 10-10735
Select Debtor from Attachment A (List of Debtors) to complete this section

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

Name of Creditor (the person or other entity to whom the debtor owes money or property)   CUSTOM HOME EXTERIORS, INC

Name and address where notices should be sent

CUSTOM HOME EXTERIORS, INC
1001 Corporation Parkway
Suite 112
Raleigh, NC 27610

Telephone number   919.231.7433
Email Address

☐ Check this box to indicate that this claim amends a claim previously filed in this chapter 11 preceeding

Court Claim Number _____
(If known)

Filed on _____

[stamp: THE GARDEN CITY GROUP  JUL 26 2010]

Name and address where payment should be sent (if different from above)
FILED - 01158
USBC, DISTRICT OF DELAWARE
ORLEANS HOMEBUILDERS, INC , ET AL
10-10684 (PJW)
Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim   Attach copy of statement giving particulars
☐ Check this box if you are the debtor or trustee in this case

1. **Total Amount of Claim as of Date Case Filed.**   $ 115193.28

If all or part of your claim is secured, complete item 4 below, however, if all or part of your claim is unsecured, do not complete item # 4
If all or part of your claim is entitled to priority, complete item # 5
If all or part of your claim is an administrative expense arising under 11 U S C §503(b)(9), complete item #6
☐ Check this box if claim is filed by a governmental unit
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim   Attach itemized statement of interest or charges

2 **Basis for Claim**   goods sold/services performed
(See instruction #2 on reverse side )

3. **Last four digits of any number by which creditor identifies debtor.**   0008

   3a. Debtor may have scheduled account as _____
   (See instruction #3a on reverse side )

4. **Secured Claim** (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☒ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe·

Value of Property $_____   Annual Interest Rate ___%   *see attached documentation

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $_____   Basis for perfection. _____

Amount of Secured Claim $_____   Amount Unsecured. $_____

6 **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7 **Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary   Attach redacted copies of documents providing evidence of perfection of a security interest   You may also attach a summary   (See instruction # 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING
If the documents are not available, please explain in an attachment

Date   7-15-2010

Signature   The person filing this claim must sign it   Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above   Attach copy of power of attorney, if any

Stephen W Sloggins   President Custom Home Exteriors

Penalty for presenting fraudulent claim   Fine of up to $500,000 or imprisonment for up to 5 years, or both   18 U S C §§ 152 and 3571
Modified B10 (GCG)

5. **Amount of Claim Entitled to Priority under 11 U S C § 507(a).**
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

**Amount entitled to priority**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**FOR COURT USE ONLY**