B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re    PAERKER LANCASTER COR   ,      Case No.    10-10684

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A. | Citibank South Dakota NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Phone:    1-800-846-8444
Last Four Digits of Acct #:    5736

Court Claim # (if known):    369
Amount of Claim:    6594.09
Date Claim Filed:    04/27/2010

Phone:    1-800-846-8444
Last Four Digits of Acct. #:    5736

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Kristi Marshall      Date:    8/26/2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

July 5, 2011

Mr. Brian D. Christiansen
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Re: Application to merge Citibank (South Dakota), National Association, Sioux Falls, South Dakota, into Citibank, N.A., Las Vegas, Nevada
Application Control Number: 2011-ML-02-0004

Dear Mr. Christiansen:

This letter is the official certification from the Office of the Comptroller of the Currency of the merger of Citibank (South Dakota), National Association, Sioux Falls, South Dakota, into Citibank, N.A., Las Vegas, Nevada, effective July 1, 2011.

At consummation, Citibank NA's head office location became 701 East 60th Street North, Sioux Falls, South Dakota.

Sincerely,

David Reilly
Large Bank Licensing Lead Expert



Memorandum

To: U.S. Bankruptcy Courts

From: Citigroup NAO&T Legal Department

Date: June 15, 2011

Re: Merger of Citibank (South Dakota), N.A. into Citibank, N.A.

On July 1, 2011, **Citibank (South Dakota), N.A.** will merge into **Citibank, N.A.** All claims held by Citibank (South Dakota), N.A. will be transferred to Citibank, N.A.