# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

April 10, 2014

Ronald L. Daugherty
SALMON, RICCHEZZA, SINGER & TURCHI, LLP
222 Delaware Avenue, 11th Floor
Wilmington, DE 19801

Attorneys for the Reorganized Debtors

**Re: Orleans Homebuilders, Inc., et al.
Case No. 10-10684(JPJW)**

Dear Counsel:

    Enclosed is a copy of a March 22, 2014 letter from Thomas E. Ramick. The letter was docketed on April 10, 2014. (Doc. # 4515.)

    I will leave it up to you to decide if this is a matter that requires this Court's involvement.

Very truly yours,

Peter J. Walsh

PJW:ipm

Attachments

cc: Thomas E. Ramick (w/o attachments)